**Reversed and Remanded and Memorandum Opinion filed November 4, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00223-CV

---

## REBECCA WILSON, ET AL., Appellants[1]

## V.

## GEORGE FLEMING AND FLEMING & ASSOCIATES, L.L.P., Appellees

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2010-25097**

---

## M E M O R A N D U M   O P I N I O N

This case returns to us on remand from the Supreme Court of Texas. Appellants—approximately 4,000 former clients of George Fleming and Fleming & Associates (collectively, "the Fleming Firm")—sued the Fleming Firm, claiming that it breached contractual and fiduciary duties. Based on a jury verdict favorable to the Fleming Firm in a related case,[2] the Fleming Firm moved for traditional

---

[1] See attached Appendix A for a list of all appellants in this appeal.

[2] *Harpst v. Fleming*, 566 S.W.3d 898 (Tex. App.—Houston [14th Dist.] 2018, no pet.).

summary judgment in this case, asserting affirmative defenses of collateral estoppel, waiver, and release. The trial court granted the Fleming Firm's summary judgment motion without stating reasons. Appellants appealed to this court.

We held that the Fleming Firm failed to establish conclusively its right to judgment as a matter of law on each affirmative defense, and thus we reversed and remanded the case for further proceedings. As to the firm's collateral estoppel defense in particular, we stated that the reason the Fleming Firm failed to carry its summary judgment burden was because the firm's evidence, consisting of uncertified copies of a judgment and verdict in the related *Harpst* case, was not properly authenticated. In so holding, we followed binding precedent from this court[3] and persuasive authority from the First Court of Appeals.[4]

The Fleming Firm appealed to the Supreme Court of Texas. The Fleming Firm challenged our holding regarding the collateral estoppel defense, but not release or waiver. The supreme court granted review and concluded that the trial court did not abuse its discretion by finding the documents authentic and competent as summary judgment evidence, reversed our judgment, and remanded the case to this court for consideration of the issue we previously did not reach— whether the Fleming Firm was entitled to judgment as a matter of law on collateral estoppel grounds.

Having now considered the parties' arguments regarding the Fleming Firm's collateral estoppel defense, we hold that the firm failed to conclusively establish its

---

[3] *See Albert Lee Giddens, APLC v. Cuevas*, No. 14-16-00772-CV, 2017 WL 4159263, at *4 (Tex. App.—Houston [14th Dist.] Sept. 19, 2017, no pet.) (mem. op.); *Klein Indep. Sch. Dist. v. Noack*, 830 S.W.2d 796, 798 (Tex. App.—Houston [14th Dist.] 1992, writ denied).

[4] *See Anders v. Mallard & Mallard, Inc.*, 817 S.W.2d 90, 94 (Tex. App.—Houston [1st Dist.] 1991, no writ).

defense. Accordingly, we reverse the trial court's judgment and remand the case for further proceedings.

## Background

A more extensive discussion of the facts underlying this appeal are set forth in prior opinions.[5] We summarize only the relevant facts here.

Appellants all used the prescription diet drug fen-phen,[6] allegedly experienced heart problems as a result, and sought to hold the drug maker, Wyeth, legally responsible. Due to the high number of potential claimants, a federal court certified a nationwide class action but also set forth certain procedures and requirements for individual suits. Any claimant preferring to opt out of the nationwide class action and pursue an individual claim had to establish his or her eligibility to sue by undergoing an echocardiogram resulting in a "FDA-positive" reading.

To facilitate this opt-out process, the Fleming Firm established a nationwide echocardiogram program—at an alleged cost of at least $20 million. Appellants underwent echocardiograms, opted out of the certified class, and retained the Fleming Firm to assert their individual claims against Wyeth. Ultimately, appellants, along with approximately 4,000 additional claimants, agreed to settle their claims against Wyeth for $339 million. Each of the firm's clients received a twenty-five page "settlement packet," which explained the nature of the settlement

---

[5] *See Wilson v. Fleming*, 566 S.W.3d 410, 415 (Tex. App.—Houston [14th Dist.] 2018) ("*Wilson I*"), *rev'd*, 610 S.W.3d 18 (Tex. 2020) (per curiam); *Harpst*, 566 S.W.3d at 901-03; *see also Fleming v. Kinney*, 395 S.W.3d 917 (Tex. App.—Houston [14th Dist.] 2013, pet. denied); *Fleming v. Curry*, 412 S.W.3d 723 (Tex. App.—Houston [14th Dist.] 2013, pet. denied); *Fleming & Assocs., L.L.P. v. Barton*, 425 S.W.3d 560 (Tex. App.—Houston [14th Dist.] 2014, pet. denied); *Fleming v. Kirklin Law Firm, P.C.*, No. 14-14-00202-CV, 2015 WL 7258700 (Tex. App.—Houston [14th Dist.] Nov. 17, 2015, no pet.) (mem. op.).

[6] "Fen-phen" is a combination of fenfluramine and phentermine.

and included a statement showing that particular client's individual net settlement amount after deductions for attorney's fees and client expenses. One of these deducted expenses was for each client's pro rata share of the nationwide echocardiogram program—i.e., not just the cost of each client's own echocardiogram, but a portion of the aggregate cost to test tens of thousands of potential claimants, even those who ultimately did not receive a qualifying "FDA-positive" reading.

Appellants later sued the Fleming Firm, alleging that the firm wrongfully deducted these expenses from appellants' settlements and misrepresented or concealed a number of material facts during the settlement process.[7] Specifically, appellants alleged that the deduction for the echocardiogram program was impermissible under the terms of their fee agreements and, further, the Fleming Firm did not fairly and fully disclose to them the nature and extent of the deduction. Appellants asserted claims for (a) breach of fiduciary duty/constructive fraud/suit for accounting, (b) breach of contract, (c) statutory theft, (d) conversion, (e) common-law and constructive fraud, and (f) unjust enrichment/money had and received.

Following separate motions from both sides, the trial court selected a small group of plaintiffs to proceed to trial and severed the claims of those plaintiffs into a separate cause number. The six plaintiffs in the severed cause (the "Harpst plaintiffs") went to a jury trial on their contract and fiduciary duty claims. The

---

[7] Appellants were not the only claimants to sue the Fleming Firm after the Wyeth settlement based on similar allegations of an improperly deducted expense. In 2008, two years before appellants instituted the present suit, another group of approximately 600 former clients filed suit in cause number 2008-65396; styled *Kinney, et al. v. Fleming*; in the 215th Judicial District Court of Harris County. A group of ten plaintiffs prevailed on a claim for breach of fiduciary duty after a jury trial, but that judgment was reversed on appeal. *See Fleming v. Kinney ex rel. Shelton*, 395 S.W.3d 917, 920 (Tex. App.—Houston [14th Dist.] 2013, pet. denied).

4

jury found against the Harpst plaintiffs, finding that the firm complied with its fiduciary duty and did not fail to comply with the applicable fee agreements by deducting unreasonable expenses. *See Harpst*, 566 S.W.3d at 903. The trial court signed a take-nothing judgment in the Fleming Firm's favor.[8]

Following the judgment in *Harpst*, the Fleming Firm moved for traditional summary judgment against appellants (the approximately 4,000 non-severed plaintiffs), arguing that the *Harpst* jury findings and judgment collaterally estopped appellants' claims or, alternatively, that appellants waived or released their claims against the firm. To establish their collateral estoppel defense, the Fleming Firm attached uncertified copies of the jury verdict and final judgment from the *Harpst* case. Appellants objected to those exhibits on lack of authentication and hearsay grounds, while also responding to the firm's collateral estoppel defense on the merits. The trial court overruled appellants' objections, granted the Fleming Firm's motion without specifying a reason, and dismissed all of appellants' claims.

On appeal, we sustained all of appellants' dispositive issues. Specifically, we held that the uncertified jury verdict and uncertified judgment in *Harpst* were not authenticated and could not support summary judgment in the firm's favor on its collateral estoppel defense, *see Wilson I*, 566 S.W.3d at 416-18 (sustaining issue 1); and, further, we held that the firm failed to establish its entitlement to judgment as a matter of law on waiver or release, *see id.* at 419-27 (sustaining issues 3 and 4). Because of the former conclusion, we did not address appellants' second issue, in which they challenged the Fleming Firm's collateral estoppel defense on the merits.

The Fleming Firm sought review from the Supreme Court of Texas, challenging only the part of this court's opinion regarding authentication of the

---

[8] The Harpst plaintiffs appealed, and we affirmed the judgment. *Id.*

documents supporting collateral estoppel. The supreme court granted review and held that the trial court did not abuse its discretion by finding the documents authentic, also without reaching the merits of the collateral estoppel issue.[9] Accordingly, the supreme court reversed and remanded the case to this court for us to consider the merits of the Fleming Firm's collateral estoppel defense.

## Analysis

The sole issue we must address is whether the Fleming Firm proved as a matter of law that appellants' claims are barred by collateral estoppel.

### A.    Collateral Estoppel

The Fleming Firm contends that the *Harpst* judgment precludes appellants' claims. The preclusive effect of a judgment is determined by reference to claim preclusion and issue preclusion. *See Taylor v. Sturgell*, 553 U.S. 880, 892 (2008). While federal courts refer to these doctrines collectively as "res judicata," *id.*, most Texas cases generally adhere to the term "collateral estoppel" when referencing and applying issue preclusion. The doctrine of collateral estoppel precludes relitigation of ultimate issues of fact actually litigated and essential to the judgment in a prior suit. *Getty Oil Co. v. Ins. Co. of N. Am.*, 845 S.W.2d 794, 801 (Tex. 1992); *Tarter v. Metro. Sav. & Loan Ass'n*, 744 S.W.2d 926, 927 (Tex. 1988). "The term 'ultimate issue' does not refer to a cause of action or a claim." *Tarter*, 722 S.W.2d at 928; *see also Haddock v. Gruber*, No. 05-16-01113-CV, 2018 WL 1417453, at *8 (Tex. App.—Dallas Mar. 22, 2018, pet. denied) (mem. op.). Collateral estoppel applies when the party against whom the doctrine is asserted had a full and fair opportunity to litigate the issue in the prior suit and lost. *See Quinney Elec., Inc. v. Kondos Entm't, Inc.*, 988 S.W.2d 212, 213 (Tex. 1999);

---

[9] *See Fleming v. Wilson*, 610 S.W.3d 18, 22 (Tex. 2020) (per curiam).

*Tarter*, 744 S.W.2d at 927. Collateral estoppel is designed to promote judicial efficiency, protect parties from multiple lawsuits, and prevent inconsistent judgments by precluding relitigation of issues. *Sysco Food Servs., Inc. v. Trapnell*, 890 S.W.2d 796, 802 (Tex. 1994).

Collateral estoppel can be applied offensively or defensively. *Mann v. Old Republic Nat'l Title Ins. Co.*, 975 S.W.2d 347, 351 n.5 (Tex. App.—Houston [14th Dist.] 1998, no pet.). Offensive collateral estoppel is used by a plaintiff "seeking to estop a defendant from relitigating an issue which the defendant previously litigated and lost in a suit involving another party." *Fletcher v. Nat'l Bank of Commerce*, 825 S.W.2d 176, 177 (Tex. App.—Amarillo 1992, no writ). Defensive use of collateral estoppel is the opposite—that is, the defendant asserts collateral estoppel as an affirmative defense because the plaintiff previously litigated the issue and lost. *Id.* The Fleming Firm, the defendant here and in the *Harpst* trial, employs the doctrine defensively. To invoke collateral estoppel successfully, a party must establish the following elements: (1) the facts sought to be litigated in the second action were fully and fairly litigated in the first action; (2) those facts were essential to the judgment in the first action; and (3) the parties were cast as adversaries in the first action. *Eagle Props., Ltd. v. Scharbauer*, 807 S.W.2d 714, 721 (Tex. 1990); *Mann*, 975 S.W.2d at 350. Whether collateral estoppel applies is a question of law for the court to decide. *Spera v. Fleming, Hovenkamp & Grayson, P.C.*, 25 S.W.3d 863, 870 (Tex. App.—Houston [14th Dist.] 2000, no pet.).

**B.    Standard of Review**

In the present context, collateral estoppel is an affirmative defense and, therefore, the defendant asserting it has the burden of pleading and proving all elements necessary for the doctrine to apply. *Calabrian Corp. v. All. Specialty*

7

*Chems., Inc.*, 418 S.W.3d 154, 158 (Tex. App.—Houston [14th Dist.] 2013, no pet.); *see also* Tex. R. Civ. P. 94 (listing estoppel as affirmative defense). The Fleming Firm sought to establish that collateral estoppel applied by way of a traditional summary judgment motion. A movant for traditional summary judgment must prove that no genuine issue of material fact exists and that it is entitled to judgment as a matter of law. Tex. R. Civ. P. 166a(c). If the movant establishes its entitlement to judgment as a matter of law, the burden then shifts to the nonmovant to respond with evidence raising a genuine issue of material fact. *See id.* If the nonmovant fails to show that a genuine issue of material fact exists, the moving party is entitled to judgment as a matter of law and the summary judgment should be granted. *See id.*; *Chau v. Riddle*, 254 S.W.3d 453, 455 (Tex. 2008) (per curiam). However, if the movant fails in its initial summary judgment burden, then the burden to raise a material and genuine fact question never shifts to the nonmovant and summary judgment cannot be granted. *See Bujnoch v. Nat'l Oilwell Varco, L.P.*, 542 S.W.3d 2, 4 (Tex. App.—Houston [14th Dist.] 2017, pet. denied).

We review the grant of summary judgment de novo. *Katy Venture, Ltd. v. Cremona Bistro Corp.*, 469 S.W.3d 160, 163 (Tex. 2015) (per curiam). We review the evidence presented by the motion and response in the light most favorable to the nonmovant, crediting evidence favorable to the nonmovant if reasonable jurors could and disregarding contrary evidence unless reasonable jurors could not. *See Painter v. Amerimex Drilling I, Ltd.*, 561 S.W.3d 125, 130-31 (Tex. 2018).

## C.    Application

Appellants contend that the Fleming Firm did not establish conclusively any of the three elements to support its collateral estoppel defense.

1. **Whether the facts sought to be litigated in this action were fully and fairly litigated in *Harpst* and were essential to the *Harpst* judgment**

According to the Fleming Firm, the *Harpst* jury found: (1) the deduction of the challenged expenses was reasonable and complied with the terms of the fee agreements; (2) the Fleming Firm complied with its fiduciary duties; (3) the transactions were fair and equitable; (4) the firm acted in the utmost good faith and exercised the most scrupulous honesty; and (5) the firm fully and fairly disclosed all material information to the Harpst plaintiffs. The Fleming Firm contends that these facts, found in the firm's favor, are the same facts appellants seek to establish at trial, were fully and fairly litigated in *Harpst*, and "were essential to the Court's judgment in *Harpst*, and will be essential to any judgment in [this case]."

Material facts sought to be litigated in this action were fully and fairly litigated in the *Harpst* action. The jury specifically found, *inter alia*, that the Fleming Firm fully and fairly disclosed all important information to plaintiffs concerning the transactions and that the firm did not fail to comply with the Harpst plaintiffs' fee agreements by charging expenses that were unreasonable. This court affirmed the *Harpst* judgment. *Harpst*, 566 S.W.3d at 914. Further, the *Harpst* judgment incorporated the jury's findings by reference and thus were essential to that judgment. We conclude that the first two elements of the Fleming Firm's collateral estoppel defense are satisfied. *See, e.g.*, *Wells Fargo Bank, N.A. v. Ballestas*, 355 S.W.3d 187, 193 (Tex. App.—Houston [1st Dist.] 2011, no pet.) (record showed that issue of ownership of a promissory note was fully and fairly litigated in prior trial, for collateral estoppel purposes).

2. Whether appellants and the Fleming Firm were adversaries in the *Harpst* trial

The parties direct most of their attention to collateral estoppel's third element. It is clear appellants were not parties to the *Harpst* trial, so the dispute is whether the Fleming Firm and appellants were "adversaries" in the *Harpst* trial.

Generally, collateral estoppel may not be asserted against one who was not a party in the first case. *Amstadt v. U.S. Brass Corp.*, 919 S.W.2d 644, 652 (Tex. 1996) (stating that people are not bound by a judgment in a suit to which they were not parties); *City of San Antonio v. Cortes*, 468 S.W.3d 580, 587 (Tex. App.—San Antonio 2015, pet. denied). Applying collateral estoppel to close the courthouse door to a litigant who was not a party to the prior proceeding raises due process concerns. *See Taylor*, 553 U.S. at 892. The rule has exceptions, however, and Texas courts have held that, consistent with federal law, preclusion can apply so long as the party against whom collateral estoppel is asserted was either a party or was in privity with a party in the first action. *Sysco Food Servs.*, 890 S.W.2d at 801-02. "Due process requires that the rule of collateral estoppel operate only against persons who have had their day in court either as a party to the prior suit or as a privy, and, where not so, that, at the least, the presently asserted interest was actually and adequately represented in the prior trial." *Benson v. Wanda Petroleum Co.*, 468 S.W.2d 361, 363 (Tex. 1971); *see also Richards v. Jefferson Cty., Ala.*, 517 U.S. 793, 794 (1996) ("[I]t would violate the Due Process Clause of the Fourteenth Amendment to bind litigants to a judgment rendered in an earlier litigation to which they were not parties and in which they were not adequately represented.") (citing *Hansberry v. Lee*, 311 U.S. 32, 37 (1940)).

Privity connotes those who are in law so connected with a party to a judgment as to have such an identity of interest that the party to the judgment

10

represented the same legal right. *See Benson*, 468 S.W.2d at 363. The Supreme Court of Texas has stated that there is not a specific definition of privity that can be applied generally to all preclusion cases; instead, the circumstances of each case must be carefully examined. *Getty Oil*, 845 S.W.2d at 800; *Benson*, 468 S.W.2d at 363. For the present purposes, "privity" exists if: (1) a nonparty agrees to be bound by the determination of issues in an action between others; (2) a pre-existing substantive legal relationship governs a nonparty and a party to a judgment; (3) a party with the same interests adequately represents a nonparty in a prior action; (4) a nonparty assumes control over the litigation in the prior action; (5) a nonparty serves as proxy for a party to a prior action; or (6) a special statutory scheme expressly forecloses successive litigation by nonlitigants and claim preclusion is otherwise consistent with due process. *See Taylor*, 553 U.S. at 893-95; *Tejada v. Gernale*, 363 S.W.3d 699, 708 (Tex. App.—Houston [1st Dist.] 2011, no pet.); *see also Amstadt*, 919 S.W.2d at 653 (noting at least three exceptions of control, adequate representation, and successors-in-interest); *Getty*, 845 S.W.2d at 800; *Benson*, 468 S.W.2d at 363.

In its summary judgment motion, the Fleming Firm invoked the "adequate representation" basis for privity noted above. It argued:

> Here, [appellants] share an identity of interest in the basic legal right that was the subject of *Harpst*. They were all former clients of F&A represented by the same counsel, complaining similarly about the deduction of expenses from the settlement with Wyeth. The pleadings of the *Harpst* [plaintiffs] and [appellants] are identical, alleging the same facts and causes of action. The *Harpst* Plaintiffs are merely a randomly chosen subset of [appellants]. The *Harpst* [plaintiffs] and [appellants] are even represented by the same law firm.

The circumstances cited, assuming their truth, are insufficient to entitle the Fleming Firm to judgment as a matter of law on collateral estoppel grounds based

11

on the theory that the *Harpst* plaintiffs adequately represented appellants' interests in the *Harpst* trial.

In *Benson*, two separate lawsuits were filed against Wanda Petroleum following an automobile collision involving one of Wanda Petroleum's trucks. *Benson*, 468 S.W.2d at 362. The two lawsuits were eventually consolidated but one plaintiff, Benson, took a voluntary non-suit. *Id.* The remaining plaintiff went to trial, where the jury delivered a defense verdict. *Id.* Benson then re-filed her suit against Wanda Petroleum, which invoked collateral estoppel and argued that the previous jury findings were binding on Benson. *Id.* The trial court granted Wanda Petroleum's motion for summary judgment on collateral estoppel grounds, and the court of appeals affirmed. *Id.*

The supreme court, however, reversed. The court stated that privity is not established by the mere fact that persons may happen to be interested in the same question or in proving the same state of facts. *Id.* at 363. Further, the court noted, Benson was not a party to the former action, did not participate or exercise control over the former action, and was not shown to have any beneficial interest in the recovery of damages sought in the former action. *Id.* at 364.

Relying on *Benson*, this court has reached a similar conclusion. In *Saqui v. Pride International, Inc.*, two sets of plaintiffs filed suit in federal court against the owner of an offshore drilling unit, asserting claims arising from the deaths of two workers, Barragan and Spinoso. *See Saqui v. Pride Int'l, Inc.*, No. 14-10-00540-CV, 2011 WL 5056162, at *1 (Tex. App.—Houston [14th Dist.] Oct. 25, 2011, no pet.) (mem. op.). The federal court dismissed without prejudice the Barragan plaintiffs' lawsuit after their attorneys withdrew, and the court dismissed the Spinoso plaintiffs' suit on forum non conveniens grounds. *Id.* at *2. The Barragan plaintiffs then filed suit in Texas state court, and the defendant moved for summary

judgment, arguing that, since the federal district court had previously dismissed the Spinoso plaintiffs' lawsuit after determining Texas was an inconvenient forum, collateral estoppel barred re-litigation of that issue. *Id.* The trial court agreed, noting in its summary judgment order that—because the Barragan plaintiffs "were in a similar factual posture (same accident, facts) as the Spinoso Plaintiffs; had the same counsel; and are related by blood—the Court finds that [the Barragan plaintiffs] are in privity with the Spinoso parties." *Id.* On appeal, this court reversed, concluding that those circumstances (same factual basis, same representation, and consanguinity) were insufficient to establish privity as a matter of law. *Id.* at *2, 4-5.

*Benson* and *Saqui* are not materially distinguishable from the present facts and the Fleming Firm does not contend otherwise. As in those cases, appellants here and the Harpst plaintiffs sought redress for personal injuries based on the same claims and arising out of the same general facts—that the Fleming Firm wrongfully deducted expenses and failed to fully disclose material information during settlement. Like the plaintiffs in *Benson* and *Saqui*, appellants—because they remained in the main case following severance—were not parties to the *Harpst* jury trial giving rise to the fact findings that the Fleming Firm argues are preclusive. The *Saqui* court rejected the argument advanced by the firm here that representation of different parties by the same counsel in both proceedings supports a conclusion that the parties are privies. *See Saqui*, 2011 WL 5056162, at *5.

In addition, the firm did not raise any of the other privity theories in its summary judgment motion. For example, it has not established as a matter of law that the Harpst plaintiffs represented appellants' interests in the jury trial. Nor has the firm established as a matter of law that, post-severance, appellants participated

13

in, exercised any control over, or had any right to do either, in the severed lawsuit or ensuing jury trial. Nor has the Fleming Firm established as a matter of law that appellants had or would have had any beneficial interest in any recovery by the Harpst plaintiffs or vice versa.

The courts in *Benson* and *Saqui* concluded that the movant invoking collateral estoppel had not conclusively established privity. *See Benson*, 468 S.W.2d at 363-64; *Saqui*, 2011 WL 5056162, at *4-5. We follow the reasoning in these cases and conclude the same today. A shared nexus of facts, allegations, and interest in the outcome of an earlier action, coupled with identical legal representation, without more does not establish as a matter of law that appellants and the Harpst plaintiffs were in privity for purposes of invoking defensive collateral estoppel.

In its brief, the Fleming Firm does not dispute any of what we have just explained. Instead, it argues that it conclusively proved collateral estoppel's third element because appellants judicially admitted that they were in privity with the Harpst plaintiffs. Appellants, the firm says, admitted that collateral estoppel binds them because they raised collateral estoppel in their live petition, and they filed their own summary judgment motion asserting the doctrine offensively to obtain a ruling that the firm was bound by the fact findings in the earlier *Kinney* case.

A judicial admission is a clear, deliberate, and unequivocal assertion of fact which conclusively disproves a right of recovery or a defense and makes the introduction of other evidence on an issue unnecessary. *In re Estate of Guerrero*, 465 S.W.3d 693, 705 (Tex. App.—Houston [14th Dist.] 2015, pet. denied) (en banc); *see also Anglo-Dutch Energy, LLC v. Crawford Hughes Operating Co.*, No. 14-16-00635-CV, 2017 WL 4440530, at *6 (Tex. App.—Houston [14th Dist.] Oct. 5, 2017, pet. denied) (mem. op.) (citing *Horizon/CMS Healthcare Corp. v.*

14

*Auld*, 34 S.W.3d 887, 905 (Tex. 2000)).  A judicial admission is a formal waiver of proof that dispenses with the production of evidence on an issue and bars the admitting party from disputing it.  *Guerrero*, 465 S.W.3d at 705.  As long as the statement stands unretracted, it must be taken as true by the court and jury; it is binding on the declarant and he cannot introduce evidence to contradict it.  *Id.* This rule is based on the public policy that it would be unjust to permit a party to recover after he has sworn himself out of court by a clear, unequivocal statement. *Id.*  A party's pleadings or a counsel's factual statements on behalf of a client may constitute judicial admissions.  *See Horizon/CMS Healthcare*, 34 S.W.3d at 905; *Guerrero*, 465 S.W.3d at 705.  To constitute a judicial admission, the statement must be:  (1) made in the course of a judicial proceeding; (2) contrary to a fact essential for the party's recovery or defense; (3) deliberate, clear, and unequivocal; (4) in accordance with public policy if given conclusive effect; and (5) consistent with the opposing party's theory of recovery.  *Guerrero*, 465 S.W.3d at 705-06.

We first consider the firm's argument that appellants judicially admitted they were in privity with the Harpst plaintiffs based on their live petition.  In their sixth amended petition, appellants alleged:

> Plaintiffs invoke the doctrine of Collateral Estoppel to estop the Defendants from relitigating all issues that Defendants lost in *Kinney, et al vs. Fleming, et al*, Cause No. 2008-65396, 215th District Court, Harris County, TX and including any severed actions from Cause No. 2008-65396.[10]    Also, Plaintiffs invoke the doctrine of offensive Collateral Estoppel on all future court rulings.

---

[10] As noted above, in *Kinney*, a jury found that the Fleming Firm breached its fiduciary duty to another group of former clients by deducting the cost of the echocardiogram program from settlement payouts, but that judgment was reversed on appeal.  *See Kinney*, 395 S.W.3d at 933.  Based on that jury verdict, appellants invoked the doctrine offensively in their pleading to collaterally estop the firm from relitigating any issue of fiduciary duty in this case.

This allegation is not a judicial admission of fact. The pleading states nothing more than that appellants invoked offensive collateral estoppel, a legal theory. The petition does not assert any factual allegations on the elements required to successfully assert collateral estoppel. Nor is the statement consistent with the Fleming Firm's collateral estoppel defense asserted in its summary judgment motion. While both parties raised collateral estoppel, one asserted the doctrine offensively and the other defensively. And they both sought to bind each other to a different nucleus of fact findings. We disagree with the Fleming Firm that this and related statements are binding judicial admissions, obviating the firm's burden to conclusively prove its collateral estoppel defense, including any showing of privity. *See ReadyOne Indus., Inc. v. Flores*, 460 S.W.3d 656, 665 (Tex. App.—El Paso 2014, pet. denied) (legal conclusion is not judicial admission); *Neal v. Wis. Hard Chrome, Inc.*, 173 S.W.3d 891, 894 (Tex. App.— Texarkana 2005, no pet.) (statement that plaintiff was not defendant's employee for worker's compensation purposes was a legal conclusion and was not binding judicial admission).

The cases cited by the firm to support its position that appellants' pleading constitutes a judicial admission involve different circumstances. For example, in *Anglo-Dutch Energy, LLC v. Crawford Hughes Operating Co.*, the court concluded that appellants' statements in the trial court that they were parties to joint operating agreements foreclosed their later appellate argument that they were not parties to the agreements. *See* 2017 WL 4440530, at *7. Similarly, appellants who represented in the trial court that an assignment had occurred, *Smith v. Saihat Corp.*, No. 14-14-00185-CV, 2015 WL 4141743, at *4 (Tex. App.—Houston [14th Dist.] July 9, 2015, no pet.) (mem. op.), or that a material and substantial change had occurred in a suit affecting the parent-child relationship, *see Thornton v. Cash*,

16

No. 14-11-01092-CV, 2013 WL 1683650, at *12 (Tex. App.—Houston [14th Dist.] Apr. 18, 2013, no pet.), were barred from disputing such facts on appeal. All three cases involve representations of fact, not an intention to assert a legal theory.

The Fleming Firm next argues that appellants judicially admitted that collateral estoppel applies because appellants filed their own motion for summary judgment, which sought a ruling that the firm was bound by the *Kinney* judgment under offensive collateral estoppel.[11] These summary judgment filings, the firm argues, "judicially admit collateral estoppel." It directs us to *Holy Cross Church of God in Christ v. Wolf*, 44 S.W.3d 562, 568 (Tex. 2001), in which the supreme court found a judicial admission based on a summary judgment motion and response. But that case too is distinguishable because the judicial admission was one of fact—whether a holder had accelerated a note. *See id.* ("While accrual is a legal question, whether a holder has accelerated a note is a fact question to which parties may, and in this case did, agree.").

Moreover, that appellants at one time moved for summary judgment on offensive collateral estoppel based on the now-reversed *Kinney* verdict does not establish a judicial admission by them that they are bound by collateral estoppel to the *Harpst* verdict. We conclude that appellants' assertion of offensive collateral estoppel in their motion for summary judgment does not rise to the level necessary to constitute a judicial admission that the Fleming Firm's theory of defensive collateral estoppel is established. This is because: (1) appellants' motion for summary judgment does not contain a factual statement or statements establishing the elements of the firm's defensive collateral estoppel theory; (2) the motion does

---

[11] Although appellants filed a summary judgment motion asserting offensive collateral estoppel based on the *Kinney* verdict, that issue was never adjudicated. The trial court denied summary judgment, and this court ultimately reversed the *Kinney* judgment in 2013. *Kinney*, 395 S.W.3d at 920. Once the *Kinney* judgment was reversed, it could not have formed the basis of an offensive collateral estoppel claim. *See Curry*, 412 S.W.3d at 732.

17

not contain a statement contrary to a fact essential for appellants' recovery, but rather contains statements consistent with appellants' recovery; (3) the motion contains no clear and unequivocal statement that appellants would be bound by the jury's findings in the *Harpst* trial (and in fact the motion was filed before the *Harpst* trial occurred); (4) the motion sought a judgment based on offensive collateral estoppel (seeking to bind the Fleming Firm to the *Kinney* verdict), which is not consistent with the Fleming Firm's defensive collateral estoppel theory (seeking to bind appellants to the *Harpst* verdict);[12] and (5) appellants' motion sought a judgment holding the Fleming Firm liable; whereas, the Fleming Firm seeks a judgment relieving itself from liability. Indeed, because whether collateral estoppel applies is a question of law, and the judicial admission doctrine focuses on admissions of *fact*, we disagree that appellants judicially admitted the firm's defensive collateral estoppel theory in a motion for summary judgment. *See Wise Elec. Coop., Inc. v. Am. Hat Co.*, 476 S.W.3d 671, 715 & n.40 (Tex. App.—Fort Worth 2015, no pet.) (rejecting argument that party judicially admitted, in a motion for partial summary judgment, that collateral estoppel applied to lost-profit damages). This case simply does not present a circumstance where appellants have formally waived proof and dispensed with the production of evidence on the issue whether they would be bound by the *Harpst* verdict. *See Guerrero*, 465 S.W.3d at 705.

The Fleming Firm suggests that it makes little sense not to bind appellants to the *Harpst* judgment because the Harpst plaintiffs were chosen from the entire group and severed to proceed to trial first so that all parties could "get to the finish line in an economic way." Otherwise, it would unreasonably burden the judicial

---

[12] The *Kinney* verdict and the *Harpst* verdict are materially inconsistent. Thus, the Fleming Firm seeks to bind appellants to a different and mutually exclusive set of facts from those to which appellants at one time sought to bind the firm.

system to try the claims of all 4,000 plaintiffs individually. Of course, the same might have been said of the *Kinney* verdict before it was reversed. Be that as it may, if avoiding unreasonable burdens on the judicial system was the original intent driving the motions to sever the *Harpst* plaintiffs and try those claims separately, the parties could have documented that understanding in an agreement and filed it with the court. *See Taylor*, 553 U.S. at 893 (privity may exist if party is bound by agreement). The Fleming Firm has not pointed us to such an agreement and did not base its summary judgment motion on the existence of one. Moreover, the motions to select the *Harpst* plaintiffs and sever those claims for trial do not mention an agreement or understanding that the *Harpst* result would bind appellants. Nor did the firm's summary judgment motion argue that the trial court incorporated procedures during the *Harpst* action to safeguard appellants' interests. *See id.* at 897-98.

For these reasons, we conclude that the Fleming Firm has not shown conclusively that appellants are in privity with the Harpst plaintiffs, and therefore it failed to meet its initial summary judgment burden to establish the third element of collateral estoppel. *See Amstadt*, 919 S.W.2d at 653; *Getty*, 845 S.W.2d at 800; *Benson*, 468 S.W.2d at 363-64; *Saqui*, 2011 WL 5056162, at *4-5. Because the firm did not establish any other basis for privity, summary judgment on that affirmative defense is improper.

We sustain appellants' second issue.

## Conclusion

We previously reversed the trial court's judgment to the extent it granted summary judgment on waiver or release grounds. *See Wilson I*, 566 S.W.3d at 419-27. We now reverse the trial court's judgment to the extent it was granted on collateral estoppel grounds. Because there is no other basis on which the trial

19

court's judgment may stand, we reverse the court's judgment and remand the cause for further proceedings.

/s/     Kevin Jewell
Justice

Panel consists of Justices Jewell, Zimmerer, and Poissant.

**Appendix A — Full list of appellants in Cause No. 14-17-00223-CV**

Aaron, Joyce A; Abbott, Glenda D.; Abney, Barbara D.; Abraham, Jacquelyn M. (f/k/a Deleon, Jacquelyn M.); Acree, Connie S.; Adams, Julie A.; Adams, Lynn A.; Adams, Nadine; Addison, Victoria; Adey, Laurie J.; Ahern, Patricia J.; Ai, Lien K.; Aldrete, Vicki A.; Aldrich, Judith A.; Aldridge, Mary A.; Barnes, Pauline o/b/o Alexander, Debra K.; Alexander, Kathy O.; Allen, Karen D.; Allen, Mary G.; Allen, Stephanie P.; Allred, Kayelyn; Alvey, Tammy J.; Andersen, Judy A. (f/k/a Cancila-Andersen, Judy A.); Anderson Carpenter, Delaine A.; Anderson, Barbara; Anderson, Catherine J.; Anderson, Deidra F.; Anderson, Holly J.; Anderson, Melissa; Anderson, Melissa L.; Anderson, Nathaline; Anderson, Patsy B.; Anderson, Ruth E.; Anderson, Sharon L.; Anderson, Terri L.; Andre, Moira F.; Andres, Sarah; Anfield, Anna; Angius, Sandra; Anthony, Olivia M.; Appleton, Janet L.; Aragon, Dolores Y.; Arah, Joy A.; Arango, Ricardo; Arensberg, Caron R.; Armstrong, Lolita S.; Arnim, Lisa D.; Asbery, Kathleen M.; Ashton, Gary L.; Atkins, Brenda J.; Atkins, Edith E.; Atkinson, Julia D.; Atwell-Vasko, Shelley E.; Ausley, Maurice S.; Avoledo, Verna J.; Ayala, Mary K.; Ayler, Deborah L.; Ayler, Mary E.; Bailey, Edra V. (f/k/a Moore-Bailey, Edra V.); Bailey, Mary A.; Bailey, Patti L.; Baker, Arlene; Baker, Claudia; Baker, Daina; Baker, Janice H.; Baker, Joy L.; Baker, KellyAnn K.; Baker, Kimberly K.; Bale, Connie D.; Banks, Randy J.; Banta, Shirley H.; Barfield, Connie; Barker, Richard L.; Barnard, Kristy L; Barnes, Mona L.; Barnes, Paul; Barnes-Hoggard, Deborah A; Barnett, Sharon K.; Barney, Barbara A.; Barns, Teresa o/b/o Barns, Elva M.; Barrett, Sandra; Barrios, Donna L.; Barry, Georgia; Bashaw, Hayley L. (f/k/a Markham, Hayley L.); Baskerville, Jodi A.; Bass, Shirley; Bassett, Denise M.; Bates, LaRay S.; Battaglia, Edie M.; Batte, Betty; Bauer, Kimberly; Baxter, Cecile A.; Beaudette, Linda G.; Bedgood, Martha; Beever, Connie K.; Behn, Lorene S.; Bejarano, Nancy J.; Belcher, Loretta

C.; Belew, Debbi K.; Bell, Frances J.; Bell, Joy o/b/o Sakowski, Julianna C.; Benavidez, Jose A.; Benham, Sandra E.; Bennett, Darlene J.; Bennett, Linda; Bennett, Rita Y.; Bennion, Claudia R.; Benson, Debrah; Benson, Susan A.; Benson, Vicky J.; Bergeron, Colleen; Berry, Sherry A.; Bersebach, Kelly; Bertsch, Traci A.; Bess, Sherry; Bethea, Carolyn; Betteridge, Brenda (f/k/a Jorgensen, Brenda); Beveridge, Dolores J.; Biagioli, Lori A.; Bice, Mary A. (f/k/a Pittman, Mary A.); Birdsong, Tiffany D. (f/k/a Owen, Tiffany D.); Bishop, Donna R.; Bishop, Linda; Bishop, Vivian M.; Blackburn, Deborah L.; Blake, Patricia M.; Blankenship, Gloria J.; Blanks, Doris; Block, Lori; Boehle, William C.; Boettcher, Karen F.; Bogdan, Joan C.; Bolden, Ida D.; Bomsta, Vicki E.; Bonell, Doreen M.; Bonilla, Doreen; Booth, Leona L.; Boudreaux, Roberta F.; Bowlin, Kathie M.; Boyd, Betty A.; Boyer, Jacqueline E.; Boyle, Diane S.; Braaten, Peggy A.; Bradford, Susan L.; Bradley, Jacqueline L. (f/k/a Jones-Bradley, Jacqueline L.); Braegger, Shirley; Brannan, Shirley; Branscum, Susan; Branson, Deborah A.; Brantley, Linda F.; Brashears, Margaret H.; Braun, Cynthia C.; Braunberger, Sheila; Brayer, Lori C., Brewer, Margaret; Brewington, Mygra M.; Bright, Raymond M.; Brindle, George W.; Briscoe, Nancy E.; Briscoe, Patricia; Brisson, Betsy A.; Broaderway, Cheryl; Brook, Patricia J.; Brooks, Cathy; Brooks, Mary A.; Brooks, Trevor J.; Brooks, Wilma J.; Brooks-Howze, Willie B.; Brott, Stephanie A. (f/k/a Bernardi, Stephanie A.); Ellis, Kaye o/b/o Brown, Charlene E.; Brown, Darlene L.; Brown, Kimberly L.; Brown, Lisa M.; Brown, Mary Jo; Brown, Miriam; Brown, Nancy E.; Brumley, Charlotte; Bryan, Linda S.; Bryant, Jeanie; Bryant, Patsy A.; Bryant, Sheila A.; Bryant, Tonya; Buchanan, Veronica; Bullard, VeraLee; Burdick, David o/b/o Burdick, Carolyn A.; Burgess, Sybil A.; Burnett, Alice M.; Burns, Carla S.; Burns, Irene; Byrd, Jacqueline J.; Caddell, Deanna K.; Cain, Deborah A.; Cain, Marcia R.; Callender, Carl M.; Camp, Janet E.; Campbell, Launa L.; Campbell, Linda J.; Campbell, Nancy L.; Campbell, Paula

K.; Campbell, Sandra L.; Cantrell, Donna B.; Capek, Brenda J.; Cardona, Jeannie M.; Carey, Rebecca L.; Carlsen, Virginia; Carlson, Beverly J.; Carroll, Mattie M.; Carr-Showalter, Elaine C.; Carter, Barbara M.; Carter, Betty L.; Carter, Robin M.; Carter, Shawna F.; Carter, Sherilyn; Carter, Wesley H.; Caruthers, Carolyn J.; Case, Deborah A.; Casper, John K.; Castaneda, Juana B.; Castillo, Cynthia A.; Castleman, Pearl I.; Castles, Debbie A.; Castro, Angela; Castro, John A.; Caswell, Jeanie; Cate, Lori L.; Caton, Vassie Mable; Caudle, Betsy L.; Chandler, Martina M.; Chase, Vickie; Chastain, Patricia A.; Chatman, Angelia S.; Chavez, Evelyn B.; Cheves, Pamela D.; Chiaravallotti, Rose Mary E.; Childs, Minnie C.; Chisholm, Karen; Chonko, John C.; Chrimes, Sara M.; Christensen, Teresa B.; Christian, Donna; Christian, Sandra J.; Cimperman, Jeanette B.; Clark, Clara R.; Clark, Laurie D.; Clark, Mary J.; Clark, Sallie L.; Clarke, Angela E.; Clarke, Myrna J.; Clay, Gracie J.; Clay, Regina; Clement, Jany; Cler, Carolyn; Cline, Deborah L.; Cline, Elaine J.; Cline, Lisa L.; Closs, Joy G.; Sanders, Kathy o/b/o Cloud, Susie M.; Cluett, Cynthia A.; Coder, Sandra S.; Cody, Sandra G.; Coffman, Cynthia A.; Cohen Feris, Susanna; Coit, Sandra K.; Cole, Cynthia E.; Cole, Daisy L.; Cole, Kathleen R.; Colletti, Lisa S.; Collier, Connie R.; Collins, Hallit E.; Collins, Melanie S.; Colter, Marie D.; Compagno, Vickie L.; Conder, Linda N.; Condra, Nelda S.; Connors, Staci; Conover, Connie H.; Conyer, Imogene; Cook, Bill E.; Cook, Lou Ann; Cook, Minnie L.; Cook, Tami L.; Cook-Smith, Connie S.; Coonrod, Melissa A.; Coontz, Cheryl L.; Cooper, Allyson & Maull, Rhonda (o/b/o Cooper, Sarah A.); Coots, Tina D.; Copeland, Lorene E.; Corbitt, Vicki L.; Corn, Angela D.; Cornelison, Marilyn; Cornine, Phyllis Raylene; Cosby, Tim o/b/o Cosby, Jack E.; Cosper, Mary P.; Cottrell, Geraldine; Couch, Helen; Coutz, Irma G.; Covert, Judith A.; Covington, Audrey G.; Cowan, Sharon (f/k/a Jones, Sharon); Cox, Diana L.; Crabtree, Janice G.; Crabtree, Lorraine A.; Crabtree, Rita F.; Crafton, Gail; Crain, Sandra R.; Cramer, Timothy M. (o/b/o Cramer, Florence M.);

Crater, Ronald; Crawford, Cynthia L.; Crawford, Diane; Creech, Melissa S.; Crider, Jacquelyn R. (f/k/a Crispens, Jacquelyn R.); Criff, LouAnn; Crockett, Lonny M. (o/b/o Crockett, Helena M.); Crosby, David A.; Crow, Earlene I.; Crowe, J. P. (o/b/o Crowe, Loran L.); Currier, Kim S.; Curry, Doris P.; Curry, LaJuana G.; Curtis, Linda; Curtis, Norma J.; Curtis, Tamara D. (f/k/a Barclay, Tamara D.); Custer, Pamela G.; Cyr, Nancy L.; Dale, Judith L.; Daniels, Sharon; Danley, Pam; Dantz, Dawn R.; Darneal, Jonnie R.; Dasher, Pamela S.; Dates, Becky; Daugherty, Ivy J.; Davenport, Natalie L.; Davis, Billy J. (o/b/o Davis, Lena D.); Davis, Dannet; Davis, Earl W.; Davis, Ethel L.; Davis, Kathy L.; Davis, Patricia A.; Davis, Rocky E.; Davis, Sharon D.; Davis, Sheryl W.; Davis, Susanne M.; Day, Judith D.; De Santiago, Anna M.; DeAlicante, Elizabeth; Dean, Kay; Dean, Nakecia M.; Dearinger, Jacque R.; Deckelman, Lillie M.; Decker, Shirley M.; Delashmett, Traci; Demille, Billie J., Depew, Patricia A.; Derieg, Ruth E.; Derting, Cleo Ellen; DeVries, Jeanetta L.; DeWolfe, Peggy L.; Diaz, Maria A.; DiCapua, Bernadette; Dick, Debra J.; Dickens, Elizabeth; Dill, Sonja K.; Dillon, Bette Jo; Dinwiddie, Natalie; Dionne, Wendy; DiValerio, Shannon D.; Dobbs, Ruth A.; Dodson, Azure R.; Domerese, Donna F.; Domme, Judy E.; Donathan, Melody S.; Dore, Vicky; Doss, Kathy L.; Douglas, Mary; Douglas, Teresa Jean; Douglass, Margaret H.; Dovenmuehler, Anna M.; Downey, Lisa; Doyle, Arlene K.; Driscoll, Sandra L.; Dschaak, Linda R.; Dueker, Nancy R.; Duhame, Agnes E.; Dunkin, Bonnie J. (f/k/a Erickson, Bonnie J.); Dunson, Patricia K.; Dupuy, Richard o/b/o Dupuy, Joyce E.; Durden, Marvin (o/b/o Durden, Ira Ann); Duspiwa, Deanna M.; Dustin, Tamara; Eakins, Betty J.; Eastland, Herb (o/b/o Eastland, Sue); Eby, Frances L.; Edrington, Dorothy J.; Edwards, Sabrina R.; Edwards, Tina M.; Edwards, Wanda E.; Eichhorn, Karen K.; Elam, Glenda M.; Elias, Marilyn K.; Eliason, Cathy; Elliott, Anita; Embree, Susan E.; Emery, Tina E.; Enderle, Terrye J.; Epley, Esther A.; Epstein, Barry R.; Epstein, Joanne; Ernst,

24

Mary J.; Eskridge, Sandra P.; Esposito, Genelle J.; Etheredge, Gina N.; Evans, Catherine J.; Evans, Ella M.; Everett, Laura L.; Everson, Wayne K.; Ewart, Sherry; Ewing, Gene; Fahrenkrug, Teresa L.; Fair, Tracy R.; Faison, Eddie F.; Faraoni-Bross, Glaucia; Farley, Kathy L.; Farnsworth, Janet W.; Faulkner, Joy W.; Faulks, Judith L.; Fazio, Susan W.; Feagans, Ana M.; Feneide, Sally A.; Fenske, Randall; Ferris, Joan N.; Ferris, Linda D.; Fick, Jennifer; Fielding, Deborah L.; Fields-Kent, Capri A.; Fillerup, Marilyn B.; Finch, Lee Ann; Finkley, Margaret A.; Finley, Jackie A. (f/k/a Funck, Jackie A.); Fitzgerald, Robyn S.; Fitzhugh, Paul; Fletcher, Harry J.; Flint, Betty M. (f/k/a Cuevas, Betty M.); Flores, Lucinda (f/k/a Cortez, Lucinda); Flores, Mary B.; Flowers, Vicki E.; Fogler, Diana F.; Fondaco, Kelly S.; Fontenot, Sherrie L.; Ford, Alyn I.; Ford, Mary J.; Ford, Ruthie (f/k/a Gentry, Ruthie); Ford, Suzette M. (f/k/a Gwynne, Suzette M.); Foreman, Alisha K.; Forrest, Carrie E.; Foster, Beverly S.; Foster, Karen S.; Fox, Carolyn Y.; Frahm, Marilyn M.; Fraser, Mary E.; Frazier, Marilyn J.; Frazier, Pamela D.; Fred, Fredrickson, Leslie A.; Freeman, Deborah D.; Freerksen, Shirley M.; Freiburger, Diane L.; Freund, Lori A.; Friedman, Arthur E.; Fries, Kymberlee K. (f/k/a Einsel, Kymberlee K.); Friese, Holly L.; Frisbie, Karen M.; Froio, Phyllis J.; Fuentes, Irma; Fugit, Phyllis L.; Fuller, Sharon; Fultz, Wendy ; Gach, Kathleen A.; Gadon, Daniel S.; Gallegos, Kathy J.; Gallegos, Terrie; Gamblin, Veleta V.; Gandy, Joi M.; Gann, Rebecca L.; Gaona, Mary F.; Garcia, Beatriz M.; Garcia, Ines M.; Garcia, Mickie G.; Garcia, Moya I.; Garrison, Jane L.; Garrity, Cynthia J.; Garvin, George L.; Garza, Alicia C.; Garza, Lucidio; Gastineau, Dorothy S. (f/k/a Alexander, Dorothy S.); Gee, James R.; Gelormine, Regina D.; Gennings, Welda J.; Genre, Lucille J.; Gentry, Ellen; Gentry, Jennifer M.; Gibson, Bill L.; Giefer, Jeri L.; Gifford, Roann B.; Gillespie, Phyllis D.; Gillispie, Becky; Gillman, Lynda L.; Gintowt, Sarah M.; Gipson, Mary H.; Girardot, Linda K. (f/k/a Kline, Linda K.); Gizzard, Lori A. (f/k/a Bingham, Lori A.); Glasmann, Patricia A.; Gleason,

25

Dinah K.; Glover, Geraldine; Goclan, Edward J.; Goldenberg, Diane M.; Gongora, Lynda M.; Gonzales, Lupe D.; Goodrich, Darlene M.; Goossen-Sivilay, Colleen M.; Gordon, Danita J.; Gordon, Everly; Gould, Todd E.; Graham, Charlene; Graham, Myra D.; Graham, Verla J.; Gray, Catherine L.; Gray, Connie; Gray, Melanie A.; Gray, Melissa A.; Green, Barbara A. (f/k/a Holden, Barbara A.); Green, Eva P.; Green, Janet (f/k/a Conforti, Janet); Green, Mary E.; Green, Patricia; Green, Tammy A.; Green, Terrie L.; Greer, Frances G.; Greer, Margie N.; Gregory, Darrell D.; Gresham, Arnetha; Greywater, Delemma; Grigg, Dorothy R.; Grim, Mary L.; Grimmett, Christine D.; Griswold, Bruce A.; Groneman, Kathy D.; Grooms, Melanee S.; Grooms, Summer L. (f/k/a Johnson, Summer L.); Gross, Carolyn; Grosskrueger, Tina; Guerrero, Yolanda L.; Gurnee, Diana L.; Gurney, Pearl; Guthrie, Billie; Gutshall, Carrie; Guttmacher, Pamela S.; Guy, Shelia F.; Guyton, Suzanne M.; Guzman, Adam G.; Gwartney, Brenda J.; Haddad, Joseph N.; Hajek, Elaine J.; Halcombe, Caroline; Hale, Betty J.; Hale, Janet F.; Hale, Mary C.; Hale, Nancy L.; Haley, Cristina; Haley, Sherry A.; Hall, Alice E.; Hall, Cheree D.; Hall, Deborah; Hall, Jennifer D.; Hall, Judy A.; Hall, Katherine K.; Hall, Kristi; Hall, Mary; Hall, Romelia H.; Hall, Tanya L.; Hall, Vickie L.; Halm, Susan; Hambrick, Stacy L.; Hamilton, Cynthia S.; Hamilton, Lynda; Hamilton, Veta M.; Hamm, Doris W.; Hammer, Lorraine I.; Hammond, Marguerite; Hampton, Debbie J.; Hancock, Johnnie E.; Hancock, Teresa F.; Hanna, Rita G. (f/k/a Penner, Rita G.); Hannick, Thomas E.; Hansbrough, Molly B.; Hansen, Denise C. (f/k/a Jacoby-Hansen, Denise C.); Hanson-Meyer, Janet L.; Hardin, Kathleen; Harding, Donna L.; Harding, LaVerne T.; Hardy, Sandra S.; Hardy, Zerina L. (f/k/a Bercier, Zerina L.); Hargrove, Linda D.; Harkins, Ruth C.; Harman, Carolyn L.; Haro, Delores L.; Harper, Paul M.; Harrell-McCloud, Susan; Harris, Delores; Harris, Janet S.; Harris, Marilyn M.; Harrison, Dawn M.; Harrison, Guadalupe S.; Harrison, Marsha A.; Harrison, Raymond L.; Harrison-

Foins, Glinda J.; Harry, Billie R.; Hart, Patricia L.; Hartman, Karen M.; Hartmann, Christine D.; Hatton, Deborah l.; Hawkes, Blanche P.; Hawkins, Malinda (f/k/a Ferguson, Malinda); Hawkins, Tanda R.; Hayes, Bettie J.; Hayes, Dolores D.; Hays, Melissa K.; Healand, Tina M.; Hearn, Lee Ann R.; Heaslip, Candace R.; Heckman, Barbara; Heckman, Judy K.; Heeter, Betty L.; Heidlage, Kathy; Hejl, Judy L.; Held, Linda L.; Hemphill, Irene M.; Hemphill, Kaye S.; Henderson, Deanna L.; Henderson, Tammy (o/b/o Sledge-Higgs, Betty L.); Hensley, Marilyn S.; Herman, Joseph o/b/o Herman, Mary K.; Hernandez, Flora T.; Hernandez, Velvet A.; Herr, Vickie G.; Herrin, Carol (o/b/o Herrin, James W.); Herron, Sheryl S.; Hersberger, Linda L. (f/k/a Finley, Linda L.); Hess, Nancy R.; Hibner, Judy A.; Hiebert, Brian L.; Hightshoe, Misti L. (f/k/a Brown, Misti L.); Hill, Betty L.; Hill, Edena D.; Hill, Harley H.; Hill, Judy C.; Hill, Judy L.; Hill, Mary A.; Hill, King, Annette M. o/b/o Mary J.; Hill, William E.; Hindman, Janice; Hinds-Scarimbolo, Donna A.; Hines, Judith E.; Hinton, Tammy F.; Hixon, Joyce A.; Hobbs, Thomas M. o/b/o Hobbs, Billie S.; Hockstedler, Joan; Hodges, Kathy E. (Sallas, Kathy E.); Hodges, Lena K.; Hoenshell, Tracy; Hoffner, Julie A.; Hogue, Teresia D.; Hokrein, Sharon A.; Holbrook, Marilyn J. (f/k/a Anthony, Marilyn J.); Holden, Bernice A.; Holden, Lenny K.; Holley, Grafton E.; Hollins, Christine S.; Hollinshead, Joyce L.; Holloway, Dorothy A.; Holloway, Tami L.; Holman, Catherine A.; Holmes, Schlanda L.; Holsclaw, Beverley A.; Holthouse, Rita J.; Honaker, Debbie A.; Hoogendoorn, Sarah J.; Hook, Lois A.; Hoosier, Tammy R.; Hoppe, Janice; Horn, Patricia A.; Horne, Janice D.; Horrocks, Brenda G.; Horton, Annice; Horton, Teia; Hoselton, Rebecca K.; Hoskin, Pamela G.; Hostetler, Brenda E.; Houchin, Brenda G.; Houghton, Denise M.; House, Peggy B. (o/b/o House, Charles F.); Houseal, Cynthia G.; Howard, Jack C.; Howard, Marilyn; Howell, Judy G. (f/k/a Hadaway, Judy G.); Howell, Lisa A. (f/k/a Cervantes, Lisa A.); Howell, Pat; Hubbard, Melody M.; Huckabee, Dorothy; Huckabee, Patricia K. (f/k/a Austin, Patricia K.);

27

Huff, Patricia D.; Huffman, Bonnie E.; Hughes, Mary E.; Hughes, Pamela V.M.; Hunnicutt, Terry Lynn; Hunter, Carolyn A.; Hunter, Elizabeth S.; Hunter, Glenda S.; Hurley, Barbara J.;. Hussey, Gayle M.; Hutchinson, Sherry M.; Hutchison, Linda; Hutt, Deborah A.; Huttash, Phil E. o/b/o Huttash, Kayron E.; Hutto, Doris Jean; Hyde, Robert A. o/b/o Hyde, Wilma J.; Hyman, Freyda; Iacaboni, Marla I.; Ikemeier, Frank H.; Imholt, Tina M.; Iott, Amy L.; Ireson, Bette I.; Irwin, Meri; Isabell, Gwendolyn; Iverson, Denice; Ivey, Bobbie J.; Jack, Carolyn D.; Jackson, Chandra R.; Jackson, Clarissa M.; Jackson, Janet M.; Jackson, Karen K.; Jackson, Kathy; Jackson, Linda; Jackson, Odilia H.; Jackson, Donald o/b/o Jackson, Susan L.; Jacobi, Audrey; Jadin, Esther R.; Jalowy, Gregory W.; James, Christina A.; James, Laura J.; James, Ruth L.; James, Sandra L.; Jamison, Antoinette M.; Janzen, Carolyn L.; Armstrong, Angela o/b/o Jenkins, Marilyn I.; Jenkins, Maxine; Jensen, Colette J.; Jensen, Terry K.; Jentzen, Donna M.; Jephson, Billie D. (f/k/a Rich, Billie D.); Jessop, Nancy K.; Johnson, Alberta J.; Johnson, Allison D.; Johnson, Billie P.; Johnson, Carla E.; Johnson, Gregory o/b/o Johnson, Charlotte D.; Johnson, Cleavin; Johnson, Connie S.; Johnson, Crystal L.; Johnson, Daniel I.; Johnson, Deborah G.; Johnson, Dorothy; Johnson, Gayle M.; Johnson, Ivar W. (o/b/o Johnson, Helene P.); Johnson, Jackie F.; Johnson, Judy; Johnson, Judy A.; Johnson, Mary Inez; Johnson, Pamela D.; Johnson, Patty R.; Johnson, Rebecca S.; Johnson, Rosa L.; Johnson, Sandra D., Johnson, Sandra E., Johnson, Sandra K., Johnson, Sharon R., Johnson, Virginia A. (a/k/a Stafford-Johnson, Virginia A.); Johnson-Daniels, Linda M.; Johnston, Erle E.; Johnston, Judy J. (f/k/a Johnston, Edna J.); Jones, Cynthia D.; Jones, Jacqueline B.; Jones, Jeanna; Jones, Melody L.; Jones, Sharon Y. (f/k/a Wooten, Sharon Y.); Jones, Temperance B.; Jones, Terry K. (f/k/a Carnell, Terry K.); Joramo, Frances; Jordan, Janice; Jordan, Rhonda R. (f/k/a Whitaker, Rhonda R.); Josephs, Kathleen S.; Joy, Harlyne H.; Joyner, Geri B.; Jucas, John J. (o/b/o Jucas, Roberta F.); Judd, Duane O.; Kadey, Christine;

28

Kaiser, Linda C.; Kaminski, Verna B.; Kapp, Audrey J.; Karlin, Richard L.; Karnes, Robert F.; Kartchner, Betty R.; Kaulfurst, Judith A.; Keeling, Jack R.; Keeling, Nancy S.; Kees, Norma N.; Kehl, Renee E.; Keifer, Linda L.; Keller, Julie; Keller, Phyllis R.; Kelley, Kathleen; Kelley, Linda; Kelly, Brandy F.; Kelly, Pilar V.; Kelly, Sue A.; Kendrick, Linda D.; Kennedy, Arleen H.; Kent, Florence D.; Kerbaugh, Michelle A. (f/k/a Jacobson, Michelle A.); Kessel, Shelbie A.; Kiel, Sabrena; Kimble, Francine; Kimbley, Linda D.; Kinchelow, Rita; Kindt Check, Maureen J. (f/k/a Check, Maureen J.); Kinman, Earlene C.; Kinne, Sharon L.; Kirk, JoAnne; Kiser, Patricia F.; Kitchen, LaJuana J.; Klaus, Theresa L.; Klein, Penny J.; Klein, William M.; Knapp, Ramona K.; Knight, Teresa M.; Knoepflein, Emily M.; Knutson, Barbara J.; Koenig, Cindy M. (f/k/a Kelly, Cindy M.); Kohler, Kay; Koldewyn, Carolyn; Kozam, Velma; Krause, Jacqueline; Krebs, Floyd (o/b/o Krebs, Rita S.); Kremer, Wanda J.; Kroh, Erv; Krumm, Dennine R.; Kudlacek, Patricia A.; Kuhns, Suzann; LaBoo, Jackie; Lacey, Patti A.; LaCroce, Tandy V.; Ladeau, Gloria Jean; Lamb, Tina J.; Lambert, Vonnie L.; Laminack, Jan L.; Landgrebe, Edward (o/b/o Landgrebe, Helen); Lane, Connie; Lane-Smith, Rosa L.; Lang, Martha M.; Langdon, Helen J.; Langston, Michael V.; Lansdell, Janet R.; Lanxon, Debbie; Larkin, Gloria Butterfield; Larkins, Wilma; Larmon, Freddie D.; Larrick, Vickie L.; Larson, Audrey A.; Larson, Maria F.; Laughlin, David L.; Lawless, Robin L.; Lawson, Arlene; Lawson, Geneva A.; Lawson, Jill M.; Lawyer, Gloria Jean; Lay, Carolyn S.; Leach, Nicole M.; Ledgerwood, Margaret J.; LeDuke, Celeste A.; Lee, Theresa; Lee, Tracy L.; Leftwich, James C.; Legrand, Margaret M.; LeGrand, Pearl J.; Leiataua, Melissa C. R.; Lemaster, Ursula M.; Lemery, Janice; Leslie, Myra C.; Lewis, Juanita; Lewis, Margie M.; Lewis, Matilda S.; Lewis, Sherrel J.; Lewis, Tamara G.; Lindsey, Margaret A.; Lindsey, Ruth A.; Little, Billy R.; Lloyd, Larry G.; Locken, Terri A.; Loftin, Mary F.; Logsdon, Wanda Lorene; Logue, Marilyn J.; Long, Linda; Long, Sandra E.; Loper,

Thomas J.; Lopez, Carolyne D.; Lopshire, Lorna E.; Lorenz, Elizabeth A.; Losasso, Linda A.; Lott, Patricia L.; Love, Harvey L.; Loveland, Patricia A.; Loveless, Patricia; Lozano, Gloria G.; Lucas, Darlene G. (f/k/a Spicer, Darlene G.); Lukancic, Dorothy; Lunow-Whitaker, Shirley D.; Lyle, Richard L.; Lyman, Rhonda J.; Lynch, David G.; Lyon, Teresa K.; Lyons, Kim (f/k/a Bumsted, Kim); MacDonald, Sherrie M.; Mace, Gladys J.; Mach, Darla R.; Mack, Betty J.; Mackey, Billie O.; Madzelan, Annette F.; Maes, Jessica H.; Magallon-Gomez, Gloria; Mager, Karolynn J.; Mahaffey, George E.; Maher, Cindi K.; Mainor, Etheleen; Majors, Mary A.; Malchose, Crystol J.; Maldonado, Laura M.; Mallott, Jill; Malone, Cathy (individually and o/b/o Malone, Henry); Malone, Susan K.; Maloney, Claudia M.; Mandrell, Sandra J.; Mansfield, Lisa; Marbough, Barbara; Marcum, Charlotte R.; Marinich, Dagmar K.; Marketic, Dennis D.; Marrott, Lorraine R.; Marrs, Cheryl L.; Mars, Corinne E.; Marschall, Denice K.; Marsh, Stephanie; Marshall, Jean M.; Martin, Amanda V.; Martin, Brenda; Martin, Charles E. o/b/o Martin, Glenda M.; Martin, Laurie A.; Martin, Lois J.; Martin, Nancy; Martin, Paige; Martin, Paula; Martin, Tamara(f/k/a Lederle, Tamara); Martinez, Angelina; Martinez, Denise R.; Martinson, James M.; Marvin, Maxine R.; Mashburn, Deborah R.; Mason, Donna L.; Masoner, Patricia Ann; Matheny, Jacqueline A.; Matherne, Terri D.; Matlock, Vickie L.; Matthews, Carolyn; Maulden, Beatrice B.; Mauldin, Lois A.; Maxwell, Lynn J.; Mayabb, Sharon G.; Mayhew, Lynellen; Maynard-Baker, Maurica J.; McCarty, Thomas L. (o/b/o McCarty, Joan E); McClain, Sherry B.; McClure, Sandra A.; McClusky, Leila S.; McComas, Brenda; McConnell, Carol M.; McConnell, Kathleen; McCord, Mary E.; McCorkle, Vickie L.; McCormick, Joan M.; McCoy, Ronald A.; McCrackin, Myra; McCrary, Richard; McCray, Bernice E.; McDaniel-Stewart, Angela E.; McDearman, Sharlene; McDonald, Debra D. (f/k/a Amador, Debra D.); McDonald, Ellen J.; McGarrity, Charley (o/b/o McGarrity, Bobbie D.); McGee,

30

Catherine T.; McGee, Veles D.; McGough, Bonnie L.; McGregor, Pamela J.; McHugh, Denise; McInnis, Faith C.; McKay, Ruth Faye; McKee, Darlene M. (f/k/a Stagner, Darlene M.); McKeown, Deborrah A.; McKeown, William G.; McKinney, Margarett M.; McKown, Delores D.; McKuin, Diane; McLaughlin, Kathleen A.; McManus, Marjorie o/b/o McManus, James W.; McMaster, Tammy R. (f/k/a Royer, Tammy R.); McMinn, Robin R.; McNabb, Dorothy J.; McQueen, Sandra L.; McRoberts, Charlene; McWilliams, Joan F.; Meek, Becky; Mendenhall, Michelle C.; Menz, Acleda S.; Merkle, Sharon; Merman, Luise P.; Messer, Candace J.; Messina, Mitzie; Mewbourn, Glenda G.; Meyer, Norma B. (f/k/a Hall, Norma B.); Meyers, Johanna J.; Mickey, Sara; Migues, Theresa Ann; Mikolasy, Demetra K.; Millage, Susan L.; Miller, Charline J.; Miller, Claudie O.; Miller, Karen L.; Miller, Kathryn S.; Miller, Kathy M.; Miller, Leah K.; Miller, Michael J.; Miller, Vanessa G.; Miltimore, Vannie H.; Minnella, Thomas; Mireles, Carolyn G.; Mitchell, Edith G.; Mitchell, Kristine; Mitchell, Laura A.; Mitchell, Shirley L.; Mitchell, Virginia L.; Mitchem, Anna Maria; Mitts, Paula; Mixon, Crystal L.; Moersch, Roseanne; Moldenhauer, Vonnie L.; Molett, Cherry D.; Monical, Irene L.; Montange, Debbie; Montgomery, Elfrieda; Moody, Debbie S.; Moody, Patricia; Moon, Yvonne E.; Moore, Barbara A.; Moore, Bobby R.; Moore, Carolyn N. (f/k/a Hicks-Moore, Carolyn N.); Moore, Hester L.; Moore, Rhonda L.; Moore, Ruby J.; Moore, Susan M.; Moran, Myra G.; Morell, Stephen (o/b/o Morell, Patricia A.); Morgan, Shari L.; Morrell, Judy E.; Morris, Gina L.; Morrison, Deborah G.; Morrison, Marilyn J.; Morrow, Cathy L.; Morrow, Lynn; Morrow, Wyneta J.; Morse, Margaret M.; Morton, Betty S.; Morton, Linda D. (invidiually & o/b/o Morton, Donald C.); Moss, Patricia L.; Mothershead, Kathleen F.; Motley, Queen E.; Moynahan, RoseAnna; Mullins Warren, Pamela D.; Mullins, Doremus Dean o/b/o Mullins, Thelma J.; Mulroe, Beverly; Mumm, Bonnie R.; Mundt, Lawrence J. (o/b/o Mundt, Holly S.); Murphey, Roberta G.; Murray, Jennifer L.; Murray,

31

Mary Ann; Mustafo, Phyllis R.; Myers, Annabelle; Myers, Lana J.; Myers, Marlena; Nabbefeldt, Kathy A.; Nanni, Jodie M.; Napier, Danny B.; Napper, Deborah D.; Napper, Lydia; Nash, Ollie J.; Nassida, Joe Ann; Naughton, Leslie J.; Nava, Madeline C.; Naylor, Rebecca C.; Neal, Opal C.; Nealy, Samuel E.; Nebeker, Michelle; Neff, Carolyn H.; Nelms, Glenda M.; Nelson, Carolyn Joy; Nelson, Jude A.; Nelson, Sandra F.; Nelson, Shirley (o/b/o Nelson, William H.); Nettle, Katherine A.; Neuharth, Lori A.; Newberry, Sharon L.; Newell, Deanna D.; Newman, Tana L.; Nichols, Rosemary; Nichols, Theresa; Nicholson, Wanda L.; Nickens, Gwendolyn R.; Nieland, Sue E.; Nielsen, Jaynee P.; Nielsen, Patty J.; Niemeier, Nancy L.; Niles, Peggy M.; Noonan, Ola T.; Norman, Claudine A.; Norris, Joe (o/b/o Norris, Brenda N.); Norton, Linda D.; Norton, Marilyn E.; Nunez, Connie L.; Nygard, Brenda L.; Nziramasanga, Rutendo T.; O'Brien, Maureen A.; Ochoa, Lorraine R.; Ochoa, Rosa; Odegaard, Melanie D.; Oden, Phyllis E.; Oldham, Jack o/b/o Oldham, Gloria M.; Oliver, Polly; Olp, Dennis A.; Olsen, Camille; Olsen, Katherine J.; Olson, Janet; O'Neil, Patricia C.; On-The-Hill, Elsie; Opdyke, Alma J.; Orr, Elene C. (f/k/a Campbell, Elene C.); Ortiz, Vicky; Orton, Nanette; Ortreger, Sara; Ortwein, Holly A.; O'Sullivan, Patrick o/b/o O'Sullivan, Vivian; Overturf, Nancy; Ovington, Judy F.; Owen, Karen D.; Owens, Ramona o/b/o Owens, Stanley D.; Ozbirn, Sandra L.; Pachol, Daryl J. (f/k/a Hidle, Daryl J.); Paddack, Barbara A.; Palagyi, Joann; Pappan, W. Martise; Pare, Mark C.; Parish, Ray-Nan; Parker, Brenda; Parker, Carolyn K.; Parker, Dianne; Parker, Lynda; Parker, Paula G.; Parnell, Betty G.; Parnell, Lily A.; Parr, Pamella K.; Parrish, Linda L.; Pastore, Kim A.; Patron, Sarah F.; Patterson, Betty L.; Patterson, Genevieve P.; Patterson, Jacqueline; Patterson, Sherrye; Patton Robertson, Jeri L.; Paul, Debra A.; Paul, Marguerite; Pauley, Sandra R.; Paulson, Kellie J.; Payne, Lynda R.; Payne, Naomi R.; Payne, Patsy E.; Pedraza, Roseanna; Peery, Johnetta; Peluso, Joan F.; Penman, Minnette A.; Pennick, Sharon A.; Perell, Joan E.; Perez,

Reynalda; Perica, Patricia L. (f/k/a Lambert, Patricia L.); Perkins, Helen F.; Perkins, Kathryn A.; Perkins, Maida F.; Perrero, Glenys (o/b/o Naylor, Ella); Perry, Deborah J.; Perry, James B.; Persach, Victoria C.; Peters, Rebekah S.; Peterson, Marilyn; Peterson, Melody L.; Petillo, Lillie J.; Petre, Poochie E.; Pewdo, Donna M.; Pharr, Charles E.; Phelps, Felisa M.; Philipp, Joan P.; Philpot, Tracy; Pickett, Theresa M.; Pierce, Melissa; Pilato, Vincent; Pimpleton, Sadie E.; Pina, Enedelia; Pipes, Michele Lynn (f/k/a Davis, Michele Lynn); Poe, Daisy D.; Poeschl, Fern S.; Polivick, Carolyn J.; Polries, Stephanie L.; Ponce de Leon, Glenda L.; Popham, Georgina J.; Porcarello, Frances; Porter, Kathleen M.; Pospisil, Alice A.; Potter, Laura J.; Potter, William H.; Potts, Tamara R.; Powell, Dolores A.; Powell, Dreama F.; Powell, Edmond T.; Powell, Ethel M.; Powell, Jim T.; P'Pool, Terry A.; Pratt, Karrie A.; Pratt, Raymond J.; Pratt-Arnold, Betty J. (f/k/a Hammond, Betty J.); Price, Cassie Irene; Price, Gwendolyn N. (f/k/a Jackson, Gwendolyn N.); Prichard, Neal T.; Pulley, Sonya R.; Punches, Marye G.; Purnell, Allyson; Pyatt, Patricia; Quiram, Patricia E.; Rachal, Willie; Radke, Stacy L.; Ragoss, Verna Sue; Ramacher, Pamela J.; Ramirez, Maria S.; Ramsey, Thelma I.; Randall, Carolyn; Rasmussen, Gaye M.; Ratliff, Wanda K.; Ravarino, Carol A.; Ray, Martha D.; Raynes, Lincoln (o/b/o Raynes, Beth M.); Reay, Sharon; Recher, Joe o/b/o Recher, Dorothy N; Rector, Brenda G.; Redwine, Cynthia L.; Reed, Barbara A.; Reed, Betty S.; Reed, Kathleen A.; Reese, Penny D.; Reeves, Vickie D.; Reichenberger Meyer, Kathleen; Reid, Monnie F.; Reid, Sandra S.; Reisenburg, Kathy R.; Reynolds, Linda S.; Rhodman, E. Ilene; Rice, Phyllis; Richards, Debra D.; Richardson, Beatrice; Richardson, Cecilia E. (f/k/a Perez, Cecilia E.); Richey, Rhonda L.; Riddle, Cynthia A.; Riddlesprigger, Tina M.; Riggs, Lonnie W.; Riley, Gwen; Riley, Pamela D.; Riley, Patricia C.; Rios, Kathie; Rippee, Patricia A.; Rivers, Sharron A.; Robbins, Dora M.; Robbins, Marilu; Robbins, Patricia; Roberson, Bessie; Roberts, Deborah K.; Roberts, Mary Jane;

Robertson, Barbara L.; Robertson, Brenda; Robinson Lawrence, Sandra L.; Robinson, Iola J.; Robinson, Mary J.; Robinson, Wanda G.; Robinson, Windy; Robson, Rebecca A.; Rochelle, Thomas J.; Rochester, Monica T.; Rodriguez, Divina; Rodriguez, Iris; Roesler, Carolyn M.; Rohrer, Robert; Roith, Patricia A.; Rollins, Brenda; Rollins, Helen; Rollins, Marita A.; Rollins, Mary G.; Romanoski, Valerie M.; Rose, Deborah; Rose, Dorothy A.; Rose, Rhonda E.; Ross, Albertina A.; Ross, Carolyn; Ross, Patricia; Roth, Judi; Rothschild, Nora J.; Rothwell, Dale A.; Rouch, Cindy A.; Roundtree, Debra A.; Rowe, Sheila G.; Rowland, Sheri; Rupert, Sherril L.; Rush, Deborah; Russell, Pamela J.; Russell, Paula G.; Russo, Joey (o/b/o Russo, Barbara); Ryan, Susan A.; Sablatura, Judy; Sagegreene, Sherri K.; Sailer, Willard (o/b/o Sailer, Edith); Sailor, Julie L.; Sale, Wanda Sue; Salgado, Ella R. (f/k/a Jones-Scarlett, Ella R.); Salvo, Deborah K.; Samp, Roberta R.; Sanders, Penny; Sanders, Tammy A.; Sandifer, Jerry; Sanroman, Deanna; Santivanez, Victoria; Santos, Phyllis A.; Saros, Patsy B.; Satterlee, Rhonda; Saucedo, Jana L.; Saucier, Karla F.; Savage, Catherine J.; Savage, Donna J.; Saxon, Lynda C. (f/k/a Travis-Saxon, Lynda C.); Schafer, Peggy A.; Schear, LeRoy; Scheibe, Alta Y.; Scherer, Gerald J.; Schirman, Paula; Schlau, Mary A. (f/k/a Guarino, Mary A); Schneider, Peggy J. (o/b/o Schneider, Dorothy J.); Schnitzler, Wanda; Scholin, Lynda D.; Schottenhamel, Debbie L.; Schroeder, Linda; Schultz, Robert P.; Schultz, Ruthie M.; Schumacher, Donna; Schumann, Deborah A.; Sciullo, Maria S.; Scott, Marcia F.; Scott-Ashmore, Debra A.; Scotti, Yvonne C.; Scripsick, Tammy L.; Scruggs, Edwina N.; Scruggs, Pamela K.; Scruggs, Shirley E.; Sears, Sandra J.; Seay, Lana J.; Seba, Linda K.; Sebek, Michelle; Sebranek, Sharon L.; Sellers, Melinda J.; Selmon, Norma L.; Selvie, Victoria; Sessions Ballard, Barbara J.; Seymour, Robert o/b/o Seymour, Glenda (f/k/a Freeman-Seymour, Glenda); Seymour, Jean C.; Shadowen, Iris J.; Shanell, Judy; Shank, Rebecca; Shankle, Tammie; Shanks, Billy R.; Sharpe, Janie S.; Shaw,

Joann; Newlore, Kimberly guardian of Sheets, Arline G.; Sheets, Mary J.; Shepherd, Gloretha; Shepherd, Phyllis J.; Shepler, Joyce V.; Shinault, Kimberly; Shipman, Carolyn S.; Short, Beverly P.; Short, Janet; Shuler-Anderson, Lenora; Sickmeier, Marilyn; Siglin, Rheta A.; Silva, Terri L.; Silvers, Elizabeth; Simmons, Ravenna B.; Simmons, Sharon K.; Simon, Emma R.; Simpson, Kimberly A.; Sims, JoAnn; Singleton, Dorothy; Singleton, Patricia R.; Sistrunk, Judy C.; Skaggs, Mary A.; Skinner, Rosie L.; Skjeret, Denise R.; Slaughter, Thomas W.; Slavens, LaRue C.; Slipp, Betty R.; Slisher, Debbie J. (f/k/a Duncil, Debbie J.); Smith, Anita J.; Smith, Barbara A.; Smith, Bobby o/b/o Smith, Betty J.; Smith, Cecilia C.; Smith, David R.; Smith, Janice R. (f/k/a Smith-Elias, Janice R.); Smith, Jean; Smith, Kathy L.; Smith, Laura J.; Smith, Linda J.; Smith, Loretta A.; Smith, Lorraine F.; Smith, Marcel A.; Smith, Nancy; Smith, Onika M.; Smith, Pamela S.; Smith, Patsy D.; Smith, Robert (o/b/o Smith, Kathy E); Smith, Roger K.; Smith, Sherry D.; Smith, Terry L.; Smith, Verna Lee; Snow, Janene.; Snuffer, Elizabeth J.; Snyder, Cynthia; Solinger, Georgina; Soliz, Levinda L.; Solle, Robbyne M.; Solo, Susan G.; Somma, Rae A.; Sosebee, Ginny T.; Soto, Linda C.; Sparks, Carolyn V.; Spencer, Sondra R.; Spier, Monica A.; Spillman, Barbara L. (f/k/a Spaniol-Spillman, Barbara L.); Spindler, Thelma R.; Spinelli-Arjes, Valerie A.; Sprague, Jeanie; Spray, William C.; Spriggs, Lucille; Springer, Alejandra R.; Spurgeon, Robert K.; Stacy, Peggie A.; Stafford, Donna F.; Staley, Carol A.; Stamey, Kim M.; Standley, Debbie L.; Stanley, Sandra L.; Steadman, Alice A.; Stegall, Kathryn D.; Stehling, Debbie L.; Stello, Rosemary R.; Stemmer, Lorraine B.; Stenger, Carroll R.; Stephens, Cynthia L. (f/k/a Fletcher, Cynthia L.); Steurer, Judith Y.; Stevens, Linda C.; Stevens, Patricia B.; Steward, Rhonda (f/k/a Spangler-Steward, Rhonda); Stewart, Alie; Stewart, Carolyn A.; Stewart, Melissa A. (f/k/a Etheridge, Melissa A.); Stewart, Mollie E.; Stick, Tammi; Stief, Carol C.; Stiles, Roseanna L.; Stine, Tuesday A.; Stittum, Sandra E.; Stokes, Debra L.; Stokes, Sheila M.;

Stoltenberg, Nanette M.; Stoltz, Denise; Stone Wilson, Brenda K.; Stone, Frances; Stone, Sherry L.; Storer, Karla R.; Storm, Caroline K.; Stout, Susan F.; Stout, Timothy P.; Straube, Robert C.; Strother, Freda J.; Stroud, Anna; Studeman, Janet S.; Suggs, Pamela J.; Sumler, Shelia M.; Summerville, Debbie H.; Sutcliffe, Judi; Sutton, Evelyn D.; Swain, Francine M.; Sweazea, Ima J.; Sweeney, Patricia I.; Sweeting, Laurel H. (f/k/a Carroll, Laurel H.); Swerdloff, Mary S.; Swygert, Tomye J.; Syslo, Tammy J.; Taber, Patricia R.; Tanner, Thomas o/b/o Tanner, James H.; Tarrant, Barbara F.; Tate, Lula; Tavarez, Sheryl L.; Taylor, Janice M.; Taylor, Ladonna; Taylor, Penny L.; Taylor, Ruby M.; Tilghman, Misty L. o/b/o Taylor, Ruth L.; Taylor, Una J.; Teague, Jean C.; Teal, David A.; Templet, Linda A.; Terry, Dee A.; Tervort, Carole D.; Tessena, Sharon L.; Thacker, Debra J.; Tharp, Wanda Ann C.; Theis, Renna R.; Thibault, Rosemarie; Thibodeaux, Crystal D.; Thigpen, Carol L.; Thomas, Adrianetta; Thomas, Debbie L.; Thomas, Frank H.; Thomas, Jeanette; Thomas, Jennifer J.; Thomas, Mary L.; Thomas, Ramona J.; Thompson, Charlesetta C.; Thompson, Cheryl J.; Thompson, Linda D.; Thompson, Sharon E.; Thompson, Sharon W.; Thompson, Sheila A. (f/k/a Romero, Sheila A.); Thompson, Suzanne L.; Thompson-Lester, Fannie M.; Thorn, Sharon K.; Thum, Barbara; Thurmond, Lorraine; Tilghman, Misty L.; Tindel, Sherry E.; Tintes, Mary A.; Tischmak, Judy A.; Martin, Reva (o/b/o Toney, Delilah); Torgramsen, Patty A.; Townsend, Marion D.; Trammel, Danielle L.; Travis, Janet L.; Trevino, David; Trovillion, Deborah D.; Troyan, Caryn D.; Trulson-Hovde, Pennie M.; Truman, Jean R.; Poling, Patricia o/b/o Trusler, Pamela S.; Truxillo, Barbara L. (f/k/a Trauth, Barbara L.); Tubbs, Matilda B.; Tucker, Sandra L.; Turbeville, Carol D.; Turley, Jennifer L.; Turnbow, Rachel A.; Turner, Deborah J.; Turner, Minnie L.; Turner, Shirley T.; Tweedy, Sherl A.; Tyler, Janice M.; Ugles, Stacey R.; Ulibarri, Gloria; Un, Dawn M.; Upton, Noel W.; Urbanek, Michael H.; Utsler, Sandra M.; Vailes, Ginger G.; Valentine, Velda F.; Valiente-Garcia, Ada; Van Keuren, Alice

36

M.; Van Meter, Margaret; Van Volkenburg, Roberta J.; Vanderford, Debbie (f/k/a McCullars, Debbie); Vannoy, Linda J.; Vanskiver, Colleen D.; Vares, Jerome (o/b/o Vares, Joyce); Varnado, Carolyn D.; Vasquez, Noemi; Vaughn, Delories L.; Velez, Lynda; Vernon, Donna L.; Vest, Teri L. (f/k/a Cummings, Teri L.); Vigil, Linda M.; Vish, Sandra L.; Vogel, Janet S.; Wade, Judy D.; Wade, Wanda S.; Wadlington, Shelia D.; Wagner, Kari; Wagoner, Stephanie W.; Walker, Carolyn A.; Walker, Frederick; Walker, James D.; Walker, Marilyn S.; Walker, Ron; Wall, Delois; Wallace, Deborah K.; Wallace, Ouida A.; Walter, Janice; Ward, Linda G.; Warfield, Betty J.; Warman, Christine; Warner, Elizabeth A.; Warren, Verna D.; Warren-Smith, Patricia A.; Washington, Naomi F.; Washington, Tanya; Washington, Yolanda D.; Watts, Barbara A.; Weathers, Marcia L.; Webb, Geraldine; Webber, Patricia A.; Webster, Carlo D. (o/b/o Webster, Bruce A.); Weekley, Carol A.; Weger, Pamela R.; Weinzapfel, Roberta R.; Wells, Mary F.; Wells, Valerie; Wendlick, Roberta A.; Wenger, Tamra E.; Werdehausen, Casper J.; Wescott, Alice M.; West, Elizabeth L.; Weston, Carla S.; Wheeler, Donna K.; Wheeler, Elaine G.; Whetro, Patricia L.; Whitaker, Nancy B.; White, Dana K.; White, Robert A. o/b/o White, Lillis M.; White, Linda K.; White, Lorraine L.; White, Virginia L.; Whitehouse, Jeanette P.; Whitfield, Hester H.; Widemon-Warren, Christell; Wiebusch, Patricia; Wilcox, Charlotte L.; Wilkens, Sheila M.; Wilkerson, Macy R. (f/k/a Houston, Macy R.); Wilkey, Beckey; Wilkey, Charles o/b/o Wilkey, Paula M. (f/k/a Mason, Paula M.); Willard, Janie S.; Wille, Bessie; Williams, Cynthia G.; Williams, Maryland o/b/o Williams, David A.; Williams, Donna J.; Williams, Esther; Williams, Evelyn M.; Williams, Janice J. (f/k/a Compton, Janice J.); Williams, Juliet; Williams, LaQueta; Williams, Lesa S.; Williams, Louis J.; Williams, Sharon R.; Williams, Shirley Y.; Williams, Wilma; Williamson, Evelyn V.; Williamson, Judy O.; Williamson, Larry D.; Wilson, Carol M.; Wilson, Charlene E.; Wilson, Earthsail; Wilson, Kelly; Wilson, Mitzi M.;

Wilson, Rebecca L.; Wilson, Shirley A.; Witt, Linda; Wohling, Cynthia Rae; Wolever, Mary L.; Wolf, Marsha K.; Wolfe, Elizabeth A.; Womac, Barbara H.; Womack, Wanda P.; Wood, Cindy A.; Wood, Sandra K.; Woodruff, Sharon; Woodrum, Robert P.; Woods, Christy K. (f/k/a Dart, Christy K.); Woods, Elizabeth; Woods, Karen D.; Woods, Maxine; Woolums, Sandra K.; Wren, Kim S.; Wright, Alexis L.; Wright, Bonnie L.; Wright, Brenda K.; Wright, Ozzlyn F.; Wright, Paula M.; Wright, Roseann M.; Wrzesinski, Brooke; Yancy, Andrea M.; Yarbrough, Bobi A.; Yates, Pamela J.; Young, Dena K.; Young, Elizabeth A.; Young, Marian A.; Younker, Cheryl J.; Zak, Linda; Zebert, Misty; Zeller, Dianne; Zielinski, Leonard (o/b/o Zielinski, Annette); Zorrilla, Tina G.; Berry, Sheryl D.; Cameron, Deborah L.; Hamblin, Terry (o/b/o Hamblin, Shirley G.); Horton, Ramona L. (f/k/a Seymour, Ramona L.); Perez, Magdalena; Robertson, Virginia I.; Schulte, Elaine C.; Smith, Barbara A.; Ward, Frances A.; Warne, Julia D.; Aashiem, Kellee L.; Ackley, LaVonne M.; Adams, Cindy D.; Adams, Diana L.; Adams, Martha R.; Adams, Michele L.; Adams, Yvette; Adams-Hoekstra, Alice M.; Addicott, Isabel; Adkins, Irene O.; Adolph, Penny; Ahern, Susan F.; Albani, David; Albert, Robert V. o/b/o Albert, Barbara E; Albrecht, Mary A.; Aleksa, Diane L.; Alford, Gloria D.; Allen, Brenda M.; Allen, David A.; Allen, Ilene R.; Allen, Tami D.; Allison, Deloris; Allison, Elizabeth A.; Alvarez, Margaret J.; Aman, Patricia K.; Amori, Nancy A.; Andersen, Miriam; Anderson, Brenda S.; Anderson, Elizabeth J. f/k/o Whirley-Anderson, Elizabeth J.; Anderson, Joyce; Anderson, Laraine S.; Anderson, Melvin W.; Anderson, Patricia A.; Anderson, Peggy J.; Anderson, Wallace G. o/b/o Anderson, Roni G.; Andrews, Elizabeth M.; Andrews, Pearl T.; Andry Stallworth, Janet T.; Ankenman, Nancy J.; Annotti, Frances o/b/b Annotti, Anthony D.; Ansohn, Dianne E.; Anthony, Benita A.; Fone, Lynne M. o/b/o Antonucci, Alysmay; Arenz, Helen J.; Ark, Randall W.; Armentrout, Kelly J.; Arredondo, Cynthia M.; Arrington, Mattie R.; Ashenberner,

Neva P.; Atkinson, Peggy S.; Atkinson, Tessa o/b/o Allen, Rhonda L.; Atwood, Ardith M.; Autio, Kay E.; Avalos, Linda L.; Averett, Kathie D.; Avery, Katherine; Avery, Pascal A.; Babb, Edith M.; Babb, Mary L.; Bailes, Georgia; Bailey, Cathy A.; Bailey, Ed A.; Bailey, Janice E.; Bailey, Jannett R.; Bailey, Julie; Bailey, Lizzie M.; Bailey-Stuhr, Patricia E.; Bain, Patricia A.; Baker, Bettye A.; Baker, Martha S.; Baker, Michelle; Baker, Tina o/b/o Baker, Rachel E.; Baker, Wanda D.; Balentine, Linda K.; Ballard, Brenda; Bane, Clara J.; Banks, Carol; Barker, Barbara J.; Barker, Caryl C.; Barker, Margaret A.; Barker, Patti L.; Barnes, Cherry F.; Barnes, Felecia B.; Barnes, Nancy L.; Barnes, Percy C.; Barnes, Shirley J.; Barnett, Melena; Barron, Bernadette; Bartholmey, Edward; Barton, Margaret J.; Basnett, Janice L.; Bass, Lynda B.; Bassett, Linda G.; Bassett, Tina M.; Bates, Lyle W.; Bates, Sharon S.; Batts, Sandra R.; Bauer, Wayne H. o/b/o Bauer, Annette L.; Bauer, Carol; Baugous, Dovie; Baum, Royann H.; Baumann, Sharon; Baumbach, Pamela D.; Baumler, Lisa; Baxley-Gibbons, Margaret E.; Baxter, Margie A.; Beale, Christine K. o/b/o Schoonmaker, Joan; Bean, Patricia A.; Beasley, MaryAnn.; Beck, Jennifer M.; Beckworth, Debra; Bell, Crimea B.; Bell, Shirley K.; Benavides, Andrew; Benitez, Jenifer M.; Benjamin, Donna L.; Bennight, Marilyn A.; Bentley, Roxy K.; Berger, Darlene E.; Bermes, Theresa M.; Bernal, Melisa M. f/k/a Crawford, Melisa M.; Berntson, Evelyn; Berry, Ivory C.; Berry, Kimberly; Berry, Theresa D. f/k/a Brown, Kimberly; Bickford, Darlene B.; Biddle, Jo E.; Bieber, Patricia A.; Bielski, Peggy M.; Bilbrey, Carol A.; Bingman, Dorothy M.; Bishop, Carolyn I.; Bishop, Lea Ann; Black, Barbara A.; Black, Barbara J. f/k/a Mills, Barbara J.; Black, Camisha A.; Blackburn, Evelyn D.; Blakney, Patrice; Blazer, Cindy M.; Blosser, Norma J.; Board, Sharon L.; Bohanan, Viola F.; Bolden, Samuel o/b/o Bolden, LaVerne; Boller, Loretta A.; Bond, Norma Jean; Bonham, Margaret J.; Bonomini, Robert J.; Boody, Kenneth; Booker, Charles R.; Booth, Tracey L.; Boren, Dianne B.; Borgheiinck, Paulette

39

f/k/a Plautz, Paulette; Borland, Dawn M.; Bottoms, Elizabeth M.; Boulware, Onie; Bounassi, SteFanie B.; Bourbon, Betty S.; Bourgeois, Sophronia G.; Bowling, Laverne; Bowman, Leah J.; Boyd, Arthur M.; Boyd, Carolyn A.; Boze, Helen L.; Bozell, Celita A.; Bradley, Jean; Bradshaw, Jane; Bradshaw, Vickie S.; Braley, Brenda F.; Branch, Ann; Brandesky, Lelia A.; Brandon, Melissa Y.; Brandt, Kathy; Branham, Linda R.; Branvold, Sharon L.; Brasch, Vera E.; Bratton, Sandra L.; Bratton, Stacey M.; Bremer, Dorothy M.; Brewer, Joseph o/b/o Brewer, William; Briem-Bevacqua f/k/a Vedder, Mary B., Mary B.; Briggs, Linda F.; Briones, Joni L.; Briones, Wilma J.; Briscoe, Karen A.; Brite, Scharley; Brito, Raul o/b/o Brito, Norma R.; Brock, Geraldine; Brockway, George H.; Bronte, Desta H.; Brooks, Deborah W.; Brooks, Joyce M.; Brooks, Maureen; Brooks, Thelma L.; Brosius, Sharon K.; Broussard, Richard W.; Brown, Allison J.; Brown, Carol M.; Brown, David E.; Brown, Donna J.; Brown, James o/b/o Brown, Florence A.; Brown, Joann B.; Brown, Kenda L.; Brown, Lois N.; Brown, Mary E.; Brown, Ruthie T.; Brown, Sylvia L.; Prangley, Terry o/b/o Brown, Tracey L.; Brown, Vurlee; Browne, Cheryl A.; Browne, Thomas W.; Browning, Robin L.; Brownlee, Kathy D.; Broyles, Kymberly A.; Bruderer, John D.; Bruner, Nancy C.; Bryan, Mary J.; Bryant, Dell; Buchanan, Mark G.; Buckmaster, Kathy K.; Buerger, Charlene R.; Bull, Donna Lou; Bullard, James B.; Bullen, Debbie E.; Bunch, Annette J.; Buob, Brigid M.; Burbank, Marie B.; Burbidge, Patricia A.; Burgan, Alfred T.; Burger, Loyce; Burk, Carol A.; Burke, William L.; Burkhalter, Tara; Burkhart, Iva; Burkhart, Marsha A.; Burleigh, David E.; Burlison, Karen S.; Burnam, Cynthia A.; Burnett, Pamela J.; Burney, Sharon L.; Burney, Shirley M.; Burnham, Angela; Burns, Paula L.; Burns, Rebecca J.; Burrell, Catherine A.; Burroughs, Betty B.; Burrow, Cassandra; Burton, Bertha; Burton, Leslie R.; Burwell, Shirley H.; Buschnell, Deborah L.; Bushnell, Joan E.; Busing, Sherry A.; Buswell, Linda; Butenschoen, Alice; Butler, Brenda C.; Butler, Ernestine M.;

40

Butler, Janet L.; Byers, Sandra D.; Byrd, Cathy L.; Byrd, Sarah Jean; Byrd, Vicki L.; Byrns-Barnell, Bettye D.; Cabaong, Ronald o/b/o Cabaong, Delvia; Cadle, Annemarie; Cagle, Julie O.; Cahal, Sue L.; Caldwell, Doris J.; Callahan, Mary A.; Callison, Cina M.; Calloway, Sondra A.; Campbell, Lucille F.; Campbell, Patti B.; Campbell, Shirley A.; Campbell, Willie Ruth; Canfield, Rhonda H.; Cannon, Della S.; Cannon, Letitia E.; Cantu, Rosa L.; Capps, Marjorie C.; Capps, Randy E.; Caraway, Susan L.; Carlson, Doreen D.; Carmen, C. Diane; Carpenter, Dianne W.; Carpenter, Jane A.; Carrera, Marina; Carroll, Johnnie S.; Carroll, Rose L.; Carr-Pulido, Janie H.; Carson, Gary J anf Carson, Cody o/b/o Carson, Kelly L.; Cartee, Karen J.; Carter, Barbara J.; Carter, Donald R.; Carter, Joann; Carter, Judith E.; Carter, Keitha G.; Carter, Keri W.; Carter, Lena M.; Carter, Nancy C.; Caryl, Jean E.; Casavant, Junemarie; Caserta, Mary S.; Cashatt, Patricia J.; Cashdollar, Shaundra Lee; Cashman, Gaylen; Caso, Beth B.; Cason, Sandy J.; Cass, Glenda F.; Cassels, Jenny L.; Castaneda Guerra, Rosalinda A.; Castaneda, Eva B.; Castle, Elmo M.; Cathey, J Ruby o/b/o Cathey, Shirley A.; Catt, Angie K.; Caudle, Esperanza; Caudle, Jo A.; Cavalier, Rita o/b/o Cavalier, William E.; Cavin, Betsy; Cavuto, Edward M.; Chambers, Connie L. o/b/o Strong, Charles R.; Chandler, Bettye L.; Chandler, Bobbie J.; Chandler, Georgia A.; Chandler, Joann; Chandler, Sheryl L.; Chaney, Lori A.; Chaney, Ruth A.; Chang, Christina C.; Chapman, Lilian E.; Charette, Julie D.; Charon, Lovina o/b/o Charon, Hugh; Chartier, La Dona J.; Chastun, Gwen; Cheatham, Delana A.; Cheatwood, Joan G.; Checchio, Joseph M.; Cheever, Coleen K.; Cheney, Christine T.; Chervenka, Joseph K.; Childress, Linda; Childs, Nola J.; Chilson, Carolyn; Chin, Edwin J.; Chitwood, Shirley M.; Chowning, Barbara D.; Christman, Leila; Christopher, Antonia J.; Cirilo, Melda; Clark, Diana L. f/k/a Andrews, Diana L.; Clark, Jennifer M.; Clark, Lou U.; Clark, Sharon H.; Clayson, Marilyn; Clem, Edward L.; Clement, Linda C.; Clendenon, Audry M.; Clenney, Martha S.; Cleven, Deborah A.; Clines, Jo Ann;

Clock, Marianne; Coalwell, Marla K.; Cobbs, Almetris; Cochran, Anna M.; Cohen, Cindy; Cole, Diana; Cole, Joyce A.; Cole, Patricia C.; Cole, Susan M.; Coleman, Mary A.; Collard, James W.; Colledge, Dixie A.; Colley, Charlene A.; Collier, Brenda K.; Collier, Gloria M.; Collier, Laverne H.; Collier, Nola D.; Colman, Wayne E. o/b/o Colman, Sandra K.; Combs, Clark A.; Combs, Rita A.; Comer, Patricia A.; Compton, Beulah M.; Compton, Marion; Concello, Michelle D.; Congleton, Nancy; Conley, Barbara J.; Conrad, Mamie K.; Cook, Brenda G.; Cook, Mary J.; Cooley, Connie L.; Cooper, Crystal S.; Cooper, Kerri T.; Cope, Sharon K.; Corbett, Joan B.; Corbett, Marlene M.; Cordle, Marilyn K.; Cossentine, Faye E.; Costanza, Jane E.; Courtney, Julia B.; Covili, Kaaren H.; Cowell, Carol; Cox, Kathleen S.; Cox, Marcella f/k/a Eastridge, Marcella; Coyle, Paula; Crabtree, Donna K.; Crabtree, Geraldine; Craft, Tesha A.; Craig, Dale A.; Craig, Sandra K.; Crawford, Sherry L.; Creech, Robert E.; Creer, Analee S.; Crews, Janet; Criger, Dianna L.; Crisenbery, Mary A.; Crittenden, Marlene; Croft, Susan R.; Crookston, Bonnie L.; Crouch, Diana L.; Crouch, Billy o/b/o Crouch, Ronda M.; Crouse, Jacqueline M.; Crow, Diane P.; Crow, Linda L.; Crowley, Tracy; Cruey, Majorie R.; Crump, Jacqueline; Crumpton, Kristi f/k/a Flynn, Kristi; Cummings, Cynthia L.; Cumpston, Marjorie C.; Cupp, Lena f/k/a Smith, Lena; Curtis, Anna L.; Curtis, Betty A.; Curtis, Bonnie F.; Curtis, Maxine P.; Cutter, Judy K.; Dahlberg, Janelle o/b/o Dahlberg, David A.; Dahm, Clifford N.; Dale, Daniel; D'Alfonso, Lucy; D'Amico, Robert; Dammaschke, Shanna L.; Daniel, Charlotte J.; Daniel, Etta G.; Daniels, Bertha A.; Darby, Gwen o/b/o Darby, William W.; Davenport, Evelyn M.; David, Deirdra D.; Davidson, Josie M.; Davis, Alfaretta G.; Davis, April; Davis, Carolyn; Davis, Dixie; Davis, Donna A.; Davis, Donna J.; Davis, Fola A.; Davis, Jane C.; Davis, Julia A.; Davis, Karen D.; Davis, Laura A.; Davis, Lavern; Davis, Mary F.; Davis, Mary P.; Davis, Melissa D.; Davis, Muszette; Davis, Nancy F.; Davis, Stephanie; Davison, Debra M.; Davison, Gregory L.; Davison, Judy; Day,

Merlene; Dayton, Blanca E.; Dean, Cathy L.; Dean, Karin; Dean, Leanne; Dean, Nancy B.; Dean, Shandra A.; Deanda, Barbara A. f/k/a Pugh, Barbara A.; Deane, Merilyn K.; Deane, Ronald F.; Debnam, Barbara J.; Deigert, Karl o/b/o Deigert, Kae R.; Dekock, Tonia A.; Del Monaco, Karla S.; Delio, Renee A.; Delonais, Judy A.; Demery, Vernetta L.; DeMumbrum, Geri; Demuth, JoAnn S.; Dennison, Harriet; Denwalt, Debra S.; Deppeler, Ramona J.; Derksen, Lana J.; Desch, Richard C.; DeVaney, Zona I.; DeWitt, Peggy J.; Diaz, Henriquetta K.; Dickerson, Jon R. o/b/o Dickerson, Shirley Ann; Dittelberger, Nancy; Divin, Sandra A.; Dixon, Debra A.; Dobbins Foster, Charlene K. f/k/a Stewart, Charlene K.; Dockendorf, Marcia K.; Dodd, Linda L.; Dodd, Petra L.; Dooley, James A.; Dooley, Lavonne W.; Dorado, LaFonda L.; Moore, Roxanne o/b/o Dotlich, Cheri L.; Doty, Sonya M.; Doughty, Verla; Douglas, Dorothy M.; Dowler, Mary Ann H.; Dowless, Marjorie E.; Downing, Jerry F.; Doyle, Claudia P.; Doyle, Kathleen; Doyle, Robert & Doyle, Terry o/b/o Doyle, Sandra V.; Dozier, Ruhama; Draeger, Susan; Drayton, Marietta D.; Dressel, Sandra R.; Drum, David R.; Dryden, Carol A.; Dubberke, Jane C.; DuBose, Katherine Dianne; Dudley, Christiana M.; Duke, Peggy; Dukes, Robinn C.; Duncan, Donna J.; Duncan, Mary; Duncan-Johnson, Deborah S. o/b/o Duncan, Garry D.; Dunkin, Laura L.; Dunn, Stevie L.; Duplechain, John P.; D'Uva, Bonnie o/b/o Atkinson, Patricia; Dyke, Susan M.; Dykman, Claudia S.; Eagle, Tiffanie; Earle, Rebecca L.; Ebert, Barbara M.; Ebert, Lana; Eckart, Geraldine M.; Ecklund, Shirley A.; Eckrode, Carolyn; Edge, Amy C.; Edmonds, Bethea o/b/o Edmonds, Roy W.; Edwards, Brenda J.; Edwards-Duke, Fannie L.; Eggett-Muir, Reva; Eklund, Delberta S.; Elliott-Ward, Vickie J.; Ellis, Jeanne C.; Ellis, Mae A.; Ellis, Marsha E.; Ellison, John; Ellison, Mindy; Ellmer, Gary R.; Elmore, Annie M.; Elmore, Bennie N.; Elston, Annie C.; Elwell, Teddy L.; Emerson, Kathleen A.; Emery, James L.; Ervin, Mary O.; Eskridge, Nancy I.; Estes, Laura J.; Evans, Anna L.; Evans, Brenda S.; Evans, Sarah Q.;

Evarts, Retha; Evetts, Brooke R.; Eyler, Linda S.; Fain, Lisa f/k/a Sexton, Lisa; Fair, Essie Mae; Fair, Miranda M.; Fanning, Bill L.; Fares, Janice S.; Farley, Jon W.; Farmer, Willie M.; Farr, Linda S.; Farris, Angela M.; Faur, Christina O.; Feilner, Patricia A.; Felder, Jo; Femmer, Francis N.; Ferguson, James A.; Ferguson, Pamela R.; Ferguson, Sharon J.; Ferguson, Sondra L.; Ferrell, Paula A.; Fields, Cherice M.; Fields, Kathrine E.; Fields, Nita L.; Fields, Ronda S.; Figlewicz, Pamela Sue; Findley, Angela M.; Finnell, Debra A. f/k/a Olive, Debra A.; Fisher, Betty J.; Fisher, Lori A.; Fisher-Frame, Evelyn S.; Fisher-Scott, Brenda S.; Fitch, Polly A.; Fitch-Holmes, Glenda M.; Fitzhugh, Joyce C.; Flahave, Dennis M.; Flanagan, Leslie M.; Flanders, Jerrie A.; Flint, Lisa A.; Floor, Mary Z.; Flores, Ralph M.; Flores, Rose M.; Flores, Troy A.; Floridia, Concetta J.; Flowers, Janet B.; Floyd, Charlene; Flynn, F. Patrick; Folds, Sandra P.; Fontaine, Diane P.; Ford, Diane F.; Ford, Donna M.; Ford, Sharolette F.; Formica, Nancy J.; Fortney, Elizabeth L.; Fortson, Darlene F.; Foster, Christina M.; Foster, Donna C.; Fowers, Sandy, f/k/a Vaeth, Sandy; Fowler, Rita F.; Fowler, Sherri L.; Fowler, Wanda J.; Fox, Shaunda B.; Fozzard, Joyce M.; Franco, Julie H.; Franklin, Julie A.; Franklin, Lisa R.; Frans, Catherine B.; Fratangelo, Suzanne B.; Frederic, Sandra L.; Freeman, Christine A.; Freeman, Evelyn B.; Freeman-Turner, Shirley M.; Freestone, Connie B.; Freeze, Debbie A.; French, Barbara A.; Freyone-Mechanic, Heather F.; Frost, David J.; Frothinger, Lori K.; Fuglsang, Donna M. f/k/a Tiedt, Donna M.; Fullmer, Catherine M.; Fukui, Patricia A.; Gabor, Nancy K.; Gagnon, David J.; Gaines, Craig K.; Gainsforth, Dennis; Galicia, Rose A.; Gallegos, Dina M.; Gamboa, Theresa A.; Garcia, Michael R.; Gardley, Ethel L.; Gardner, Mark S.; Gardner, Patti A.; Garland, J.D.; Garr-Jackson, Renee; Garner, Sandra E.; Garza, Irma B.; Garza, Roxanna o/b/o Ortega, Velia; Gatewood, Michelle; Gathers, Shirley J.; Gaul, Rhonda L.; Geddis, Deronda; Geiger, Sherry L.; Geithman, Leon E.; Gendreau, Mary J.; Gentle, Tina B o/b/o Gentle, Veda G; Gentry, Sandy;

44

Gerald, Geraldine K.; Gerber, Judy; Germain, Patrick D.; Geske, Becky L.; Gesme, Ashley o/b/o Barnett, Judith A.; Gharis, Ernestine M.; Gheen, Emma R.; Gibbs, Frank R o/b/o Gibbs, Donna J.; Gibson, Adam L.; Gibson, Janice B.; Gibson, Lynda H.; Gienau, Daryl R.; Gildersleeve, Susan K.; Giles, Cindy S.; Gillette, Terrie J.; Gilman, David R.; Gilreath, Bernice A.; Gilstrap, Nancy K.; Ginder, Donna L.; Gipson, Debrah K.; Glass, Ginger S.; Glasson, Barbara A.; Glenn, Judy A.; Glidewell, Betty J.; Glover-Williams, Yolanda; Gobble, Patricia R.; Godbey, Dianna L.; Godley, Herbert E.; Gohman, Mary J.; Goins, Doris L.; Goins, Sheila o/b/o Goins, Harold L.; Gold, Barbara A.; Golden, Michele D.; Golden, Ollie F.; Golden, Phyllis M.; Goldsmith, Cheryl G.; Goldsworthy, George W.; Gomez-Bethke, Irene M.; Gonzalez, Josie R.; Gordon, Jeannie C.; Gordon, Thomas M.; Goshon, Lisa f/k/a Harold, Lisa; Gotch, Penny L.; Gourley, William G.; Gowen, Marilyn B.; Grace, Karen; Gradt, Joanne f/k/a Alexander, Joanne; Graham, Anthony P.; Graham, Deasre M.; Graham, Joanna D.; Graham, Peggy A.; Grant, Christy A.; Gravelding, Joseph W.; Graves, Sherry M.; Gray, Tanya L.; Green, Diane; Green, Oneta; Green, Susan; Greenhalgh, Erma Jean o/b/o Greenhalgh, Gary H.; Greer, Joy A.; Gregg, Jeffrey A.; Gregg, Vicki; Griffin, Alisa D.; Griffin, Bobbie A.; Griffin, Charles B. o/b/o Griffin, Doylene E.; Griffin, Dorotha A.; Griffin, Roberta M.; Griffith, Betty M.; Grigg, Wanda L.; Grimes, Cherrie M.; Grimes, Cynthia; Grogan, Elizabeth; Gross, Yvonne C.; Grundy, Mildred; Grunkemeyer-Good, Greta G.; Gueltzow, Robert W.; Guffey, Barbara J.; Guffey, Carol A.; Guidotti, Vilma V.; Guillory, Priscilla A.; Gundersen, Charles M.; Gunsch, Sally K.; Gutierrez Trevizo, Judy M.; Haag-Pursiful, Debora R.; Haas, Mary A.; Hackathorn, Denzil D.; Hackworth, Jerry M. o/b/o Hackworth, Helen R.; Haddock, Donna L.; Hadix-Walker, Ataloa A.; Hagebusch, Brenda S.; Hagobian, Edith; Hagood, Donna L.; Haley, Kemila D.; Halford, Cindy; Hall, Deborah Von; Hall, Doris M.; Hall, Jacqueline Y.; Hall, Janice L.; Hall, Linda K.; Hall, Lora L.;

Hall, Rose M.; Hall, Venita A.; Hall, Wayne F.; Hallworth, Blanche I.; Ham, Hadie; Ham, Onita M.; Hamann, Kami L.; Hamil, Charles J.; Hamilton, Evelyn M.; Hammerle, Ben L.; Hammerle, Nancy B.; Hammond, Theresa Ann; Hampton, Raylene Olsen; Hancock, Paula L.; Handy, Julie; Hanks, Leticia A.; Harbison, Judy A.; Harbolt, Sandra L.; Harden, Karen A.; Hardy, Nancy J.; Harmonson, Debbie C.; Harness, Charles K guardian of Harness, Linda K.; Harper, Barbara A.; Harper, Billie J.; Harper, Janice L.; Harper, Roberta C.; Harrell, Jennifer L.; Harrington, Greffen A.; Harrington, Jessica f/k/a Bertuzzi, Jessica; Harris, Charley G.; Harris, Cheryl D.; Harris, Dana M.; Harris, Elsie; Harris, Leslie P.; Harris, Norma F. f/k/a Davis, Norma F.; Harris, Renee; Harris, Tina Q.; Harrison, Elsie; Harrison, Lois; Hartl, Christy L.; Harwood, Betty J.; Haskell, Prudence L.; Hastings, Jack L.; Hatch, Joyce; Hatch, Karen; Hatchet, Mildred E.; Hatfield-Garcia, Candi L.; Hathcock, Beverly; Haug, Marc P.; Haydon, Edna R.; Hayes, Dorothy; Hayes, Shirley R.; Haygood, Betty L.; Haynes, Ruby M.; HazeKamp, Heather A.; Hazelwood, Johnnie W.; Heard, Lotina T. f/k/a Pryor, Lotina T.; Heflin, Shirley A.; Heidt, Cathy A.; Helget, Carol J.; Hellewell, Katherine S.; Helms, Ella J.; Helton, Charles E.; Henderson, Deborah A. o/b/o Taylor, Dolores A.; Henderson, Inez; Henderson, Oatley C.; Henderson, Obadiah o/b/o Henderson, Odessa; Hendrix, Ruby E.; Henrickson, Richard J.; Herald, Mary; Herndon, Patsy A.; Herrell, Joseph L.; Herrington, Jayne P.; Herrly, Annamarie; Herrly, Don R.; Herrman, Eugene A.; Herron, Idella; Bjornstad, Susan o/b/o Hervey, Muriel; Hess, Clyde A.; Hess, Vickie J.; Heuer, Kathleen D.; Hickman, Patricia A.; Hickman, Rebecca L.; Hickman, Sandra B.; Hicks, Barbara E.; Hicks, Gretta L.; Hicks, Rhonda; Hicks, Robin A.; Hicks, Suzanne; Hiebsch, Shelby Lynn; Higginbotham, Lestie L.; Higgins, Rosemary F.; Hileman-Jacobson, Christy R.; Hill, Annette; Hill, Hedy H.; Hill, Martha J.; Hillius, Marge M.; Hillmann, Marjorie A.; Hindman, Edna K.; Hines, Meredith J.; Hinton, Delores; Hobbs, Jimmie R.;

Hobby, Karen H.; Hocker, Donna S.; Hoeppner, Wesley E.; Hoffman, June M.; Hogg, Robert J.; Holden, Norma; Holland, Jenice; Holland-Frazier, Jenny L.; Holliday, Deborah L.; Hollis, Edward E.; Hollis, Lou Ann D.; Holloway, Kittruff K.; Holman, Susan C.; Holmberg, Pamela K.; Holmes, Bonnie J.; Holmes, Laurie L.; Holmes, Mildred L.; Holmes, Patricia T.; Holsonback, Ann L.; Holstrom, Norma; Holt, Alice J.; Holt, Rhonda S.; Honey, Katherine R.; Hook, Barbara L.; Hoover, Cindy A.; Hoover, Clarissa M.; Hope, Karen A.; Hopkins, Christina o/b/o Hopkins, Merry J.; Hopkins, Jacqueline R.; Hopkins, James D. o/b/o Hopkins, Opal; Horgan, Mary E.; Horton, Laurie J.; Horton, Beatrice o/b/o Horton, Thomas R.; Hoskins, Barbara A.; Houchens, Mary E.; House, Betty J.; House, Mary P.; Houston, Michele C.; Houston, Nancy J.; Howard, Barbara N.; Howard, Martha S. f/k/a Frazier, Martha; Howard, Nola S.; Howard, Ruby M.; Howe, Louise M.; Howell, Joy B.; Howell, Norma J.; Howelton, Arlene; Hubbard, Heidi J.; Hubbard, Patricia D.; Huddleston, Shirley; Hudson, Felica M. f/k/a Navarette, Felica M.; Hudson, Michael D.; Hudson, Susan E.; Huff, Toniann; Huffman, Cina M.; Hughes, Johnny o/b/o Hughes, Sandra K.; Hughes, Juliette; Hughes, Kathy D.; Hughes, Millie M.; Hughes, Vida R.; Humphrey, Janine M.; Humphries, Mary S.; Hunt, Dolores C.; Hunt, Susan; Hunter, Cynthia f/k/a Coleman, Cynthia; Contreras, Robbin o/b/o Hunter, Patsy L.; Hurd, Debra Ann; Hurd, Julie o/b/o Hurd, Barbara; Hurley, Joan D.; Hyde, Ann; Hymon, Ella C.; Ingberg, Deborah C.; Ingram, Nancy J.; Inman, Karen C. o/b/o Inman, Roger; Inzunza, Perla; Ioimo, Cynthia L.; Irizzary, Elda; Isbell, Mary F.; Iversen, Jean S.; Jabara, Delores M.; Jackson, Arti-Mease; Jackson, LaJoyce; Jackson, Leola W.; Jacob, Tina V.; Jacobs, Jacquelyn L.; Jandt, Elizabeth T.; Jarrett, Mary S.; Jazbec, Cherylene K.; Jefferson, Aleta P.; Jefferson- Jackson, Barbara; Jendro, Carol J.; Jennings, Robin R.; Jensen, Donna K.; Jensen, John L.; Jentink, Linda L.; Jervis, Margaret B.; Jessop, Ellen B.; Jetters, Rick E.; Jody, Rosalyn; Johnson, Annie B.; Johnson,

Carol W.; Johnson, Gail E.; Johnson, Linda K.; Johnson, Linda M.; Johnson, Marilyn D.; Johnson, Norma; Johnson, Patricia A.; Johnson, Sandra C.; Johnson, Sharon K.; Johnson, Shirlee P.; Johnson, Wanda R.; Johnson-Barnes, Evelyn; Johnson-Fuhrman, Connie L.; Jones, Claire E.; Jones, Denise L.; Jones, Dian; Jones, Dianne; Jones, Essie L.; Jones, Linda G.; Jones, Lula B.; Jones, Maritta S.; Jones, Marla; Jones, Martha A.; Jones, Marvin E.; Jones, Maxine R.; Jones, Sally A.; Jones, Sheryl D.; Jones, Stephanie L.; Jones, Willie M.; Jordan, Carol A.; Jordan, Helen L.; Jordan, Lester L.; Jordan, Linda S.; Jordan, Virginia R.; Jorgenson, Patricia; Joseph, Corey T.; Jowett, Gayle E.; Juda, Cynthia P.; Junkman, Jane D.; Jurkovich, Bernadine C.; Justice, Lloyd A.; Justiss, Sherry K. f/k/a Rice, Sherry K.; Kabak, Deborah B.; Kacere, Carlene; Kaderli, Linda S.; Kaelber-Krantz, Roberta; Kahn, Robert A.; Kargol, Dolores A o/b/o Kargol, Alphonse A.; Karnes, Joyce A.; Kautz, Shirley; Kay, Renee H.; Keeler, Susan M.; Keesee, James E.; Kelley, Joyce A.; Kelley, Margrett o/b/o Kelley, Emmett C. ; Kelley, Opal V.; Kelley, Robin o/b/o Kelley, Terry L.; Kelley, Susan G.; Kelly, Bonita B.; Kelly, Caroline D.; Kelly, Monica C.; Kelsey, Rita D.; Kemker, Nita R.; Kemp, Edesse L.; Kemp, Mona B.; Kennedy, Juana B.; Kennedy, Robert A.; Kersting, Lois D.; Kervitsky, Robin E.; Keys, Jody L.; Khaleq, Tory R.; Kidwell, Phoebe I.; Killebrew, Mary H.; Kilna, Cathy L.; Kilpatrick, Irene; Kinard, Alden M.; Kincaid, Patricia A. f/k/a McBrayer, Patricia A.; Kinder, Beverly J.; King, Doris J.; King, Nancy M.; King, Tammy J.; Kingery, Mona L. f/k/a Rucker, Mona L.; Kingsley, Truman; Kinser, Carolyn A.; Kirby, Barbara J.; Kirkland, Kay V.; Kirkpatrick, Juanita A.; Kirsch, Melody L.; Kiser, Alma M.; Kittinger, Jerry K.; Klein, Katherine L.; Klein, Nancie M. f/k/a Bliss, Nancie M.; Klimaj, Sue H.; Klimko-Cousins, Patricia A.; Kliner, Victoria L.; Klopfenstein, Linda D.; Knabe, Debbie J.; Knack, Patricia; Knapp, Renee L.; Knepper, Stephanie; Knight, Norma; Knight- Osborne, Paula; Koch, Patricia S.; Koch, Virginia D.; Kohler, Laurie V.;

Kooyman, Susan L.; Kovalcik, Candace S.; Kraeger, Mary N.; Kreutzer, Laurie K.; Kroupa, Pam M.; Krueger, Jill K.; Krulic, Ann; Krusmark, Rita K.; Kuder, Anna L.; Kunkel, Wendy o/b/o James, Barbara L.; Kushmaul, Mary P.; Kuykendall, Norma J.; Lacey, Jerry D.; LaChance, Eileen B.; Lading, Carol A.; Lail, Polly; Laing, Kenneth C.; Laird, Ruth; Laird, Sandra L.; LaMar, Christina; Lamberson, Susan; Lamberth, Connie M.; Lancaster, Angela; Lanclos, Cheryl A.; Landon, Robbie; Lane, Cindy D.; Lane, Joyce M.; Lang, Linda; Ausburn, Glennetta o/b/o Langford, Retha L.; Langston, Patricia A.; Lanigan, Mary; Larsen, Deniece R.; Larson, LuAnn; Latham, Susan M.; Lathers, Sherry J.; Latone, Peggy A.; Laub, Margie A.; Laude, John R.; Laws, Robin H. f/k/a Wright, Robin H.; Lawson, Debra L.; Lawson, Ethel L.; Lawson, MaryAnn; Lea, Margaret K.; Leach, Mona; Leal, Irma L.; Leavitt, Dixie I.; Leckie, Debra J.; Ledbetter, Betty L.; Ledbetter, Cynthia A.; Ledlow, Barbara G.; Lee, Deborah M.; Lee, Patricia B.; LeFevre, Bonnie B.; Legaspi, Shantell R. f/k/a Thieleman, Shantell R.; Legerski, Maureen H.; Leichtle, Christy; Leitz, Pamela S.; Leppert, Florence B.; Lester, Patrice M. f/k/a Brownlee, Patrice M.; Lester, Sueann; Letzring, Sandra; Lewis, Cheryl E.; Lewis, Janette R.; Lewis, Joyce E.; Lewis, Karen L.; Lewis, Mary F.; Lewis, Sue; Ligons, Deidra P.; Lile, Allyson o/b/o Lile, Terry L.; Lilly, Nancy J.; Limberakis, Katina; Lindamood, Kristine L.; Lindberg, Gaye Lynn M.; Lindemoen, Susan; Lindner, Petra M.; Lindsey, Willer D.; Linford, Judi L.; Linton, Kim E.; Linzer Rogers, Marguerite F.; Lively, Deborah L.; Livesay, Michele; Lockhart, Shirley S.; Loera, Cynthia A.; Logan, Monina N.; Lombard, Rosemary; Long, Anissa L.; Long, Deborah; Long, Rhonda L.; Longo, Pamela L.; Lopez, Susan K.; Lopp, Susan; Lorenzen, Joan M.; Lorton, Marcie A.; Lounder, Cheryl E. f/k/a Bozeman, Cheryl; Louviere, Deborah J.; Lovell, Linda; Low, Jeanne C.; Lowe, Linda R.; Lowe, Robin E.; Lowman, Kevin L.; Lowry, Donna L.; Lucas, Colleen; Lucchesi, Bobbi J.; Lueders, Sue A.; Luedke, Connie D.; Luksza, Brenda K.; Lundquist,

Suzanne M.; Luquette, Joan C.; Luther, Donnetta R.; Lyles, Jacklynn R.; Lyles-Ross, Cheryl L.; Lynch, Susan M.; Lyon, Lynnette T.; Lytle, Lorraine L.; MacCoy, Linda; MacGonegal, Margaret f/k/a Croka, Margaret; Mack, Bonnie L.; Mack, Janice M.; Mack, Tammy S.; Maclin, Carolyn Y.; Madison, Joyce J.; Magee, Barbara A.; Mahone, Mary L.; Maldonado, Ray M.; Mallett, Willie E.; Mallory, Diana; Malone, Dianna L.; Malson, Marietta; Malson, Sue f/k/a Jett, Sue; Maltese, Virginia; Manchester, Regina K.; Mancinelli, Yolanda A.; Mangrum, Janine L.; Manix, Dakota L.; Manley, Judith; Mann, Kathy D.; Mansfield, Debra I.; Manwarren, Ramona; Marble, Sammie D.; March, Kimberlie A.; Marcum, Sherri G.; Marion, Laredo; Marizza, Connie L.; Mark, Cindy o/b/o Mark, Ute; Mark, Patricia A.; Marks, Dennis R.; Maroste, Kathleen H.; Marsh, Michele K.; Marshall, Sandra K.; Marsing, Joyce M.; Martell, Sandra C.; Martin, Betty M.; Martin, Cathy V.; Martin, Cindy; Martin, Denise F.; Martin, John M.; Martin, Tamara E.; Martinez, Carol; Martinez, Guadalupe; Martinson, Leah; Mason, Elesa M.; Massa, Hilda A.; Massei, Vincent K.; Massey, Margaret W.; Massingill, Ellen Regina; Masters, Bonnie J.; Matelski, Sandy; Mathews, Kathryn A. o/b/o Mathews, Delia O.; Mathon, Tamela; Matl, Carol A.; Matthews, Joanne; Mattucci, Lauri L.; Matuszczak, Wilfred o/b/o Matuszczak, Phyllis A.; Mauney, Teresa; Max, Bill; Maxwell, Sandra L. f/k/a Davis, Sandra L.; Mayeaux, Alice M.; Mayer, Daniel G.; Mayes, Lauren C.; Mayle, Margaret; Mays, Cecilia; Mazich, Michael A.; McAdams, Belinda P.; McAfee, Audra; McAffee, Marleen; McAlexander, Joann E.; McBay, Renia; McBride, Esther E.; McBride, Stephanie M.; McCann, Deborah A.; McCarley, Claudia o/b/o McCarley, Harry; McCarty, Rebecca L.; McCarty, Sandy K.; McCarty, Susan; McClain, Angela K.; McCleery, Roberta D.; McConnell, Debbie M.; McCoslin, Viviene Louise; McCree, Vivian L.; McCrimmon Raintree, Carla L.; McCrory, Janice A.; McCulloch, Lori L.; McCullough Donald, Cantana; McCurdy, Cheryl A.; McCurdy, Rox Anna J.;

McDaniel, Mary E.; McDonnell, Ronald o/b/o McDonnell, Helen V.; McDaniel, William P. o/b/o McDaniel, Gerry; McDonald, Dena M.; McDonald, Marcia G.; D.McDow, LaCretia D.; McDowell, Henry M.; McEver-Ludwig, Sharon L.; McEwen, Michelle R.; McFarlane, Janice; McGalliard, Karen & McGalliard, Allan & McGalliard Jones, Lisa o/b/o McGalliard, Lillian; McGatlin, Emma J.; McGaugh, Renee S.; McGee, Donna L.; McGhee, Sonya F.; McGlohon, Nancy M.; McIntire, Terry A.; McIntosh, Kellie; McIntosh, Kim S.; McKee, Carol; McKeever, Carol S.; McKenzie, Elizabeth; McKisson, Karin L.; McKnight, Patricia C.; McLaughlin, Caroline E.; McLendon, Janelle; McLeod, Ermel L.; McLeod, Randolph A.; McMillan, Terri L.; McNair, Sylvia A.; McNew, Edward o/b/o Humphrey, Dorothy M.; McNish, Sharon; McNish, Vernia P.; McPhail, Lisa M.; McVane, Terri L.; Meacham, Betty Jean; Meade, Terry D.; Mecham, Carma N.; Medina, Eileen M.; Mehaffey, Beverlyn B.; Meier, Laura H.; Meier, Lupe; Melchor, Linda K.; Mercer, Shirley J.; Merkle, Karen J.; Merlowicz, Kriste L.; Merritt, Donna M.; Merritt, Juanita H.; Merritt, Pamela M.; Mesker, JoAnn; Messenger, Ann L.; Metsers, Meyer, Kaye L. f/k/a Fite, Kaye L.;Karina J.; Meyers, Cathy A.; Michael, Charles L.; Michael, Colleen D.; Michaelis, Sheri; Mick, JoAnn; Mikes, Tina M.; Miles, Cecelia A.; Miles, Dorothy J.; Miles, Sharon J.; Miller, Barbara A. o/b/o Moore, Yvette; Miller, Dianna L.; Miller, Eleanor F.; Miller, Janice S.; Miller, Jessica R.; Miller, Lea K.; Miller, Lisa L.; Milligan, Darlene; Milligan-Carpenter, Charlotte E.; Millora, Lydia E.; Mills, Betty R.; Mills, Cynthia D.; Mills, Linda S.; Mills, Sandra F.; Milot, Maxine I.; Minette, Natalie M. f/k/a Sanders, Natalie M.; Mingis, LaMia L.; Mink, Shaunda; Minor, Betty R.; Minor, Venessa R.; Mireles, Jose G.; Mish, Gary D.; Mish, Hester M.; Mitchell, Brenda D.; Mitchell, Geneva; Mitchell, Karen O.; Mock, George E.; Modester, Angela M.; Moen, Gloria J.; Mofield, Edith L.; Mojica, Mandy; Molina, Joyce J.; Montes, Diana D.; Montoya, Maryann; Mooney, Michael F.; Moore,

Aubrey o/b/o Moore, Alma; Moore, Cheryl G.; Moore, Denise L.; Moore, Ginger L.; Moore, Gregory G. o/b/o Moore, William G.; Moore, Nancy A.; Moore, Rosia D.; Moore-Halley, Lytha S.; Moorman, Melissa E. f/k/a Harrison, Melissa; Morales, James o/b/o Morales, Sheila A.; Morfin, Roxie A.; Morgan, Linda C.; Morgan, Rebecca M. f/k/a Norris, Rebecca M.; Morgerson, Robert J.; Morin, Linda E.; Morningstar, Gloria; Moro, Julia S. o/b/o Moro, Marilyn; Morrell, Priscilla P.; Morris, Carmen A.; Morris, Gloria J.; Morrison, Carol S.; Morse, Phyllis H.; Morton, Lisa C.; Moseley, Carolyn S.; Mosher, Joan A.; Most, Diana M.; Mounteer, Christine S.; Mounts, Emma; Mountz, Mary K.; Moye, Tishie L.; Moyer, Elizabeth L. f/k/a Levy, Elizabeth L.; Moyer, Roger o/b/o Moyer, Carolyn S.; Mullins, Dalena P.; Mullins, Justin M.; Mund, Vicky L.; Munsell, Brenda K.; Murchison, Evelyn G.; Murphy, Brenda J.; Murray, Melba J.; Musick, Mary E.; Muzzuco, Elaine J.; Myers, Gayla; Myers, Harry T.; Nadler, Yolanda M.; Nagy, Deborah L.; Nall, Rose Mary P.; Nance, George L.; Napier, Ruby B.; Naramore, Annette; Narducci-Shaffer, Judy C.; Navarette, Alicia N. f/k/a Rodriguez, Alicia N.; Naylor, Dawn W.; Neace, Deborah R.; Neal, Wilma J.; Neely, Della G.; Nelms, Billy L.; Nelson, Christy A.; Nelson, Donna J.; Nelson, Jody L.; Nelson, Marilyn B.; Nelson, Martha A.; Nelson, Peggy L.; Nelson, Richard G.; Nelson, Rose M.; Nelson, Teresa J.; Nepstad, Debra J.; Neva, Paulette D.; Newberry, Cathy A.; Newhouse, Benjamin E.; Newman, Peggy J.; Nguyen, Loan L.; Nichols, Mary Ann D.; Nicholsen, Terrie L.; Nickles, Deborah L.; Nicklos, Richard J.; Nielsen, Kimberly B.; Nielsen, Lynn D. o/b/o Nielsen, LuAnn; Nielsen, Phyllis B.; Nielsen, Tracy L.; Noeding, Florence; Noel, Diane L.; Noffsinger, Norma Jean; Nolan, Marcia A.; Noles, Cindy L.; Norfleet, Tina A.; Norman, Willie K.; Norris, Gregory A o/b/o Norris, Sandra J.; Northcott, Virginia G.; Norton, Madalyn L.; Novak, Ellen C.; Nunley, Cindy L.; Obergfell, Wanda; O'Brien, Kathy J.; Ochoa, Wanda J.; O'Dell, John L. o/b/o O'Dell, Shirley; Odom, Monty H.; Ogden, Julaine

52

P.; Olinger, Carolyn B.; Oliver, Susan M.; Olmstead, Merle E.; Olsen, Clydie M.; Olson, Brenda S.; Onley, Sandra K.; Ormsbee, Rae; Ortiz, Julia S.; Osborn, Michelle H.; Osburn, Rose L. f/k/a Brancecum-Osburn, Rose L.; Overton, Eleanor; Owens, Marilyn Y.; Owens, Paula L.; Owens-Brown, Beverly P.; Pacheco, Margaret; Padden, Pamela K.; Padilla, Carmen A.; Page, Julie E.; Paige, Yvette R.; Painter, Lori R.; Pajarej, Connie f/k/a Heinrich, Connie; Palmer, Revaleann E.; Panek, Mary Ann; Pannel, Sally A.; Pardue, Sissy G.; Parish, Tammy M.; Park, Teresa A.; Parker, Donna M.; Parker, Elizabeth A.; Parker, John Henry o/b/o Parker, Cecil O.; Parker, Maralyn J.; Parrish, Cheryl A.; Parrish, Jequita K.; Parslow, Teri L.; Parson, Roseanna; Watkins, Kendra o/b/o Parton, Danny J.; Pate, Laurie M.; Patrick, Cathy M.; Patrick, Linda M.; Patterson Davis, Valeria J.; Patterson, Carrie E.; Patterson, Cherry L.; Patterson, Shirley J.; Patton, Viviane R.; Pavelka, Rhonda K.; Pawlak, Evelyn K.; Payer, Patricia; Payne, Erika; Payne, Jody o/b/o Payne, Lois; Peacock, Margie W.; Peeler, Donna; Pellicciotto, Elisa D.; Pemberton, Brenda K.; Pena, Adam; Pennewell, Ida N.; Penny, Linda K.; Peoples, Diane f/k/a Redger, Diane; Pepper, Glenda; Pereira, Konny J.; Perez, Leveda J.; Perez, Norma; Perkins, Annabelle L.; Perkins, Judy C.; Perkins, Royce M.; Perkinson, Dolores A.; Perry, Carolyn E.; Perry, Janet R.; Perry, Yvette F.; Peters, Karin S.; Peters, Linda S.; Peterson, Jean W.; Peterson, Patricia P.; Peterson, Rebecca A.; Peterson, Shanna L.; Pettit, Mary Ann o/b/o Pettit, Charles E.; Pettit, Patty S.; Petyak, Rosann M.; Pheasant, Dolores A.; Phelps, Vicki J.; Phillips Cook, Shirlyene M.; Phillips, Judy C.; Phillips, Kathy L.; Phillips, Sandra B.; Pierce, Annie R.; Pierce, Jennie; Pierce, Lillie B.; Pierce, Sue E.; Pierson, Janice M.; Piles, Floyd; Piles, Monica; Pilkington, Barbara; Pinkston, Edna M.; Pirhalla, John J.; Pirhalla, Lynn; Pirtle, Michelle K.; Plank, Bobbie L.; Plotnick, Mildred A.; Plumb, Jennifer L.; Plumlee, Charlene D.; Poertner, Jeannette D.; Pohlman, Christina E. f/k/a Kelso, Christina E.; Poitra, Rhonda A. f/k/a LaFountain, Rhonda A.; Polli,

Lillian; Pomilla, Kimberly D.; Pons, Shelly D.; Pope, Anita L.; Pope, Chris W.; Pope, Margaret M.; Porter, Myra L.; Porter, Shelly M.; Pott, John H.; Powell, Joan D.; Powell, Patricia A.; Powers, Yevonne M.; Prebil, Kathleen A.; Pressler, Sharon L.; Prestwich, Colette R.; Prewitt, Patricia A.; Prewitt, Sharon E.; Price, Carole V.; Price, Cynthia T.; Price, Jody S.; Prickett, Sharon A.; Prilo, Alice M.; Prince, Leslie; Prince, Monica L.; Pritchett, Dale Joy; Proa-Lomnasan, Eva M.; Pruitt, Venny L & Dixon, Terri L o/b/o Fitzpatrick, Lorene A.; Pruner, Kathryn A.; Prye, Beverly D.; Pryor, Linda S.; Puckett, Mary K.; Puckett, Raymond; Puckett, Thomas M.; Purdie, Terry; Purvis, Linda P.; Pusatier, Monica A.; Putman, Elizabeth; Quintal, Patricia A.; Quintero, Carmen B.; Rabourn, Nancy A.; Rachel, Mary L.; Raddatz, Mary; Rader, Pat A.; Ragos, Elaine P.; Ramage, Margaret M.; Ramey, Treasa M.; Ramon, Diana; Ramos, Delia; Ramsey, Cecil F.; Randle, Desiree A. f/k/a Kuschel, Desiree A.; Ranes, Verna M.; Rankin, Sue A.; Rarick, Jill; Rashid, Sultana; Ratcliffe, Sarah E.; Ray, Amy E.; Ray, Cynthia; Raybon, Alice J.; Rayford, Rosemary; Razey, Ramona L.; Reagan, Judy L.; Redlin, Jeanne M.; Reed, Doris J.; Reed, Freda M.; Reed, Sherrel A.; Reeder, Annette; Reese, Mary J.; Reichert, Robert P.; Reimer, Judy K.; Remis, Janet C.; Renfro, Dortha L.; Reno, Karen Kym; Reyes, Deborah R.; Reyes, Thelma J.; Reynolds, Betty L.; Rhea, Haskell E.; Rhoades, Sharon A.; Rhoads, Dicksy; Rice, Stacey Y.; Rice, Tiffany D.; Richardson, Andrew D.; Richardson, Anita A.; Richardson, Debra K.; Richardson, Georgeanna; Richardson, Jimmie C.; Richardson, Terry Wayne; Richey, Patricia A.; Ricks, Yvonne; Ridley, Mildred I.; Riemer, Robert T.; Riley, Anita K.; Riley, Carrie A.; Riley, Gina C.; Rindfleisch, Kairle; Ripley-Ware, Sundee G.; Risner, Irene A.; Rittenhouse Salinas, Wanda; Rives, Darlene f/k/a Franklin, Darlene; Roawden, Marie; Robbins, Carole M.; Robbins, Vera; Roberts, Barbara A.; Roberts, Lauren I. f/k/a Owens, Lauren I.; Roberts, Loretta M.; Robertson, John Gary o/b/o Robertson, Mary A.; Robertson, Penny S.; Roberts-

White, Pamela J.; Robinett, Gloria; Robinson, Brandy o/b/o Greene, Bessie M.; Robinson, Ivas Y.; Robinson, Jim; Robinson, Larry W.; Robinson-Grant, Beverly J.; Rods, Jody C.; Rogers, Lynda E.; Rogers, Patricia A.; Rohr, Donna; Roldan, Maritza; Mills, Patricia o/b/o Rome, Raymond M.; Roof, Nita C.; Root, Michael D.; Rose, Sherry L.; Roskin, Sheri L.; Ross, Evelyn J.; Ross, Linda S.; Ross, Teddi J.; Rouquette, Dawn; Rowden, Terry L.; Rowh, John o/b/o Rowh, Mary R.; Ruby, Lennie M.; Rucks, Betty S.; Runyon, Terry; Rupert, Melissa S.; Russell, Jean H.; Russell, Joan; Russell, Kimberly A.; Russell, Tiffany J. o/b/o Johnson, Ida M.; Rustad, Sharon R.; Rutherford, Glenda S.; Ryan, Charles W.; Ryan, Patricia L.; Sadlak, Robby o/b/o Sadlak, Peggy; Saicheck, Sharon N.; Saik-Gates, Wendy M.; Salas, Yolanda; Salazar, Martha L.; Salinas, Gail L.; Salisbury, Mary M.; Salkowski, Carol A.; Sample-Neaves, Amber D.; Sample, Betty; Sanborn, Karen R.; Sandall, Susan; Sandeen, Bonnie K.; Sanders, Arland E.; Sanders, Patricia f/k/a Johnson, Patricia; Sanford, Gloria; Sartain, Tommye L.; Sauls, Martha P.; Saulters, Christeen f/k/a Hinton, Christeen; Saunders, Julia W.; Sauter, Clinton A.; Sav, Naomi R.; Saville, Stephen B.; Saxe Balazs, Pearl A.; Sayles, Dorothy J.; Scardino, Anthony J.; Schaefer, Howard R.; Schaeffer, Stacie; Schafman, Frances M.; Schandl, John; Scharf, Ernest; Schergen, Diane J.; Schetat, Ellen O.; Schiebel, Franklin; Schluter, Sandra A.; Schmitt, William; Schollenbarger, Anitta M.; Schroeder, Mona J.; Schwall, Ellen o/b/o Schwall, Ronald R.; Schwartz, Craig; Schwind, Erna; Schwinn, Laura; Scothern, Chad o/b/o Scothern, Roger D.; Scott, William D o/b/o Scott, Judy M.; Scott, Steven C.; Scritchfield, Patsy A.; Scrivener, Brenda; Sears, Susan W.; Seerup, Patricia f/k/a Ressler, Patricia; Self, Shelly D.; Sellers, Carol C.; Sells, Linda; Sendel, Charlene R.; Senecal, Jacquelyne M.; Serot, Joan M.; Serpan, Terry L.; Sessions, Vickie L.; Sexton, Sheila Lou; Shaffer, Colleena R.; Sharp, Trina G.; Sharrar, Virginia K.; Shaw, Mildred L.; Shaw-Stabbs, Patsy L.; Sheller, Jane A.; Shelton, Mary K.; Shelton, Teresa G.; Shepard,

Clarice R. f/k/a Tasby, Clarice R.; Shepherd, Margaret L.; Shepherd, Maxine; Sheppick, Francine L.; Sherman, Margie; Shields, Lillie Mae; Shirley, Nealie; Shockey, Laura J.; Shockley, Judith A.; Shooter, Martha S.; Shores, Elaina R.; Short, Lionel o/b/o Short, Martha R.; Short, Marilyn L.; Shouse, Theresa H.; Shreeves, Jean M.; Shrewsbury, Anita M.; Shroads, Lynda J.; Shurland, Gloria; Sidock, Christine; Siegel, Janis W.; Siemieniewski, Louis F. o/b/o Siemieniewski, Jo Ann R.; Silver, Allen; Simeona, Jeanne L.; Simmons, Bonnie K.; Simon, Gerald D. o/b/o Simon, Laura J.; Simonsen, Mary Ann; Simpson, Kathryn M.; Simpson, Vivian; Singh, Thomasena S.; Sisco, Carl D.; Sisco, Helen A.; Sizemore, Cathy J.; Skaggs, Dena A.; Skardina, Gary P.; Skeel, Charlie G.; Skeel, Janice C.; Skinner, C. David; Skogen, Pamela J.; Slatton, Eugene o/b/o Slatton, Dottie L.; Slinker, Kathy; Small, Alan; Smalts, Rita J.; Smith, Billy G.; Smith, Caroline M.; Smith, Charles L.; Smith, Cheryl A.; Smith, De'Anna R.; Smith, Deborah A.; Smith, Frances; Smith, Joan E.; Smith, JoAnn; Smith, Kelly JoAnn; Smith, Lula L.; Smith, Lynnette G.; Smith, Michael J.; Smith, Nettie E.; Smith, Paula J.; Smith, Phyllis M.; Smith, Billy J. o/b/o Smith, Sharon B.; Smith, Shirley A.; Smith, Theresa M.; Smithart, Dorothy J.; Smith-Thompson, Mary V.; Snedeker, Nancy o/b/o Snedeker, Charles T.; Snively, Anthony o/b/o Snively, Karen K.; Snow, Virginia L.; Snyder, Neva E.; Sojourner, Albert o/b/o Sojourner, Mary H.; Sokoh, Dianne; Soliz, Blanca; Sorenson, Ardis A. f/k/a Bahr, Ardis A.; Sorenson, Kendall E.; Sorenson, Sandra K.; Sowell, Vernell; Spacek, Beverly J.; Spaeth, Kathleen; Spann, Lillian L.; Sparkman, Sheryl W.; Spears, Laura S.; Spencer, Marianne B.; Spencer, Pamela L.; Spight, Flora; Springsteen, Carol A.; Spurgin, Karen L.; Srozinski, Barbara E.; Stafford, Patricia A.; Stainbrook, Beth J.; Stall, Stanton, Judy K.; Sonja K.; Stallins, Jeanetta A.; Stanley, Diana; Stanley, Jeanette C.; Stansbury, Reva L.; Stark, James; Starnes, Celia F.; Stearman, Carol L.; Steedman, Tracy L.; Steele, Beverly; Stelse, Shauna L.; Stenerson, Wendy S.; Stengel, Lori

A.; Stephens, Nancy A.; Sterba, Lana K.; Stern, Gloria D.; Stevens, Linda S.; Stewart, Kimberly D.; Stewart, Linda; Stewart, Portia f/k/a Holley, Portia; Stierley, Thomas J.; Stipe, Helen; Stockero, Donna R.; Stockwell, Judith H.; Stoney, Angela J.; Storey, Judi L.; Stout, Tonda S. f/k/a Edwards, Tonda S.; Strawn, Donna; Strefling, Nancy L.; Stribling, Mary D.; Strojny, Lorna R.; Strom, Cherie A.; Strom, Sandra L.; Stroud, Donald E.; Stroup, John A.; Strube, Denita K. individually and o/b/o Strube, Douglas E.; Stuart, Debra; Stump, Kathleen C.; Stumpf, John T.; Sullivan, Linda; Sullivan, Marilyn J.; Sullivan, Mary J.; Summerfield, Kristy L.; Summers, Susan A. f/k/a Fabos, Susan A.; Summitt, James G.; Sumrall- Markey, Martha O.; Suncin-Chantre, Ayla S.; Surita, Teresa; Surles-Rhodes, Olivia f/k/a Surles- Wagstaff, Olivia; Sutherland, Maggie o/b/o Williams, Doris N.; Suthers, Sanzee G.; Suttles, Dildred; Sutton, Laverne; Sutton, Melanie R.; Swaggart, Wilma J.; Swain, Glen D.; Swalm, Myrna L.; Swarts, Janice G.; Sweat, Visia E.; Sweatt, Willadean; Sweeney, Debra L.; Swick, Rita N.; Swingler, Jean M.; Sydenham, Heidi D.; Taa, Douglas M.; Taffe, Mary Louise; Talamantez, Rebecca R.; Tally, Susan M.; Tanner, Richard A.; Tate, Cassandra; Tate, Jeff; Taylor, Charlene D.; Taylor, Debbie A.; Taylor, Joseph S. o/b/o Taylor, Lorna J.; Taylor, Rhonda J.; Teague, Kathy A.; Teague, Terry L.; Teague, Trina L.; Tedford, Betty J.; Telford, Beverly; Tennison, Virginia S.; Terry, Connie; Terry, Dorothy P.; Thacker, Claire J.; Thomas, Deborah L.; Thomas, Deloris A.; Thomas, Isabel H.; Thomas, Karen B.; Thomas, Kimberly B.; Thomas, Mary E.; Thomas, Susan I.; Thomason, Sandra K.; Thomas-Tutt, Virginia L.; Thompson, Barbara O.; Thompson, Connie; Thompson, Cynthia L.; Thompson, Frances V.; Thompson, Janice K.; Thompson, Judith M.; Thompson, Landers P.; Thompson, Laura L.; Thompson, Marilyn K.; Thompson, Pamela G.; Thompson, Rick D.; Thompson, Vickie D.; Thornhill, Doris L.; Thornton, Linda F.; Thorp, Dolores; Tice, Deborah S.; Tillman, Michelle E.; Tilton, Sandra; Tindall, Janine; Tittle,

Patricia E.; Tomlin, Addie M.; Tomlin, Michael P.; Tomlinson, Amy F.; Tompkins, Gina; Torbert, Ruth E.; Toscano, Judy A.; Tousignant, Linda; Tovar, Loretta L.; Trejo, Joyce B.; Trigoso, Ketty f/k/a Juarez, Ketty; Triplett, Anita B.; Trombley, Dinah K.; Troxell, Connie J.; Trussell, Lynda L.; Tucker, David L.; Tucker, Ida; Tuggle, Linda J.; Turk, Vikki L.; Turman, Peggy A.; Turnbough, Lola M.; Turner, Carolyn J.; Turner, Henry R.; Turner, James; Turner, Linda E.; Turner, Pamela; Turner, Susan; Twiggs, Helen; Tyler, Angela D.; Tyler, Yvonne; Tyner, Newt I.; Tyree, Michael G.; Uihlein, Laree F.; Ulrich, Carol J.; Unger, Roslyn; Urbanski, Annette T.; Valentine, Jerrie F.; Valenzuela, Loretta M.; Van Story, Patricia E.; Vanderpool, Sheri; Vandewege, Mitzi A.; Vario, Julie A.; Moreno, Martha o/b/o Varner, Doris J.; Vasquez, Petra B.; Vaughan, Dorothy M.; Vaughn, James R.; Vaughn, Sandra; Dale, M LaDonne guardian of Vaughn, Wilma M.; Veach, Freda L.; Vega, Isabel C.; Velasquez, Frances E.; Vermast, Dolores; Vetter, Vickie R.; Viar, Shirley J.; Vick, Denise F.; Villareal, Thomas R.; Villarreal, O'Linda M.; Villegas, Albert; Vincent, Courtney M.; Vineyard, Aleta F.; Vining, Lucie M.; Vinson-Weaver, Judy K.; Vogel, DAnne T.; Volquardsen, Anna M.; Vrana, Edith A.; Vurnovas, Nancy M.; Wagemann, Mark A. o/b/o Wagemann, Kara; Wagers, Peggy; Waggoner, Patricia A.; Waits, Clyde J.; Walker, Daisy L.; Walker, Judith Kaye; Walker, Teresa A.; Waller, Karen M.; Walpole, Davy C.; Ward, Barbara S.; Ward, Frankie Lois; Ward, Marci R.; Warden, Donna Kay; Warner, Earlene; Warnes, Frances M.; Warshell, Rita J.; Washington, Ethel; Waters, Cindi J. f/k/a Evans, Cindi J.; Wates, Wilma J.; Watkins, Myrna; Watkins-Chilo, Lynette; Watros, Rose J.; Watson, Lanada F.; Watson, Linda D.; Watson-McCarthy, Rosa V.; Watt, Karen; Watts, Philip S.; Waugh, Carolyn S.; Weatherford, Linda R.; Weaver, Patricia L.; Webb, Carolyn G.; Weber, Dorotha M.; Weese, April A.; Wehr, Terri G.; Weidner, Donna E. f/k/a Brieno, Donna E.; Weldon, Cynthia K.; Wellman, Regina K. f/l/a Wellman, Virginia K.; Welman,

Kathleen B.; Weltich, David B.; Wesson, Shelia R.; West, Charlene L.; West, Diane; West, Duane H.; Westbrook, Sherry J.; Weston Montgomery, Becky L.; Weston, Janice R.; Wharton, Marla M. f/k/a Merrill, Marla M.; Wheeler, Christine; Wheeler, John W.; Wheeler, Judy L.; Wheeler, Patricia A.; Whitaker, Ruth L.; White, Donna S.; White, George A. o/b/o White, Evelyn J.; White, Jimmie D.; White, Linda K.; White, Margaret J.; White, Margaret M.; White, Michael N. o/b/o White, Julia L.; White, Pamela J.; Whiteside, Wanda J.; Whitlatch, Carla J.; Whitt, Georgia R.; Wicks, Paul E.; Wicks, Vicki L.; Wieting, Shirley A.; Wilcox, Ella; Wilhelm, Cathy; Wilkerson, Talinda; Wilkes, Vicky A.; Williams, Alona M.; Williams, Barbara J.; Williams, Betty A.; Williams, Cheryl N.; Williams, Cheryle J.; Williams, Connie L.; Williams, Darcey R.; Williams, E. Kent; Williams, Elizabeth A.; Williams, Eva N.; Williams, Frances M.; Williams, Henrietta H.; Williams, Jane E.; Williams, Julie C.; Williams, Leslie K.; Williams, Lisa G.; Williams, Louise C.; Williams, Mary A.; Williams, Maxine L.; Williams, Nakia D.; Williams, Norma H.; Williams, Shelia P.; Williams, Vanessa V.; Williams, Willie G.; Williams-Hooper, Debra K.; Williamson, Rhonda; Willingham, James L.; Wills, Connie R.; Willson, Shawna K.; Wilson, Annie F.; Wilson, Becky A.; Wilson, Christine E.; Wilson, Flora M.; Wilson, Jayne; Wilson, Kenneth R.; Wilson, Leta I.; Wilson, Lillie R.; Wilson, Ronald W.; Wilson, Suzanne; Winandy, Judy; Wincek, Gloria A.; Winder, Tanya T.; Windham, Delores A.; Winkle, Billy; Winkle, Jean A.; Winnefeld, Jacqueline; Wise, Anne L.; Wise, Delinda O.; Wise, Donna D.; Wise, Phillip L.; Witmer, Nancy; Wittman, Carol K.; Wold, Debra R.; Wolfe, Carol K.; Wolfe, Maggie G.; Wood, Carol S.; Wood, Dawn R.; Wood, Edna E.; Wood, Edna M.; Woodall, Kathleen; Woodard, Lorine G.; Woods, Greta L.; Woods, Sheryl J.; Wortham, Sylvia E.; Wren, Christi D. f/k/a Heinrich, Christi D.; Wright, Candace S.; Wright, Carolyn S.; Wright, John W.; Wright, Mark O.; Wright, Mary P.; Writtenhouse, Margaret E.; Yagar, Barbara Y.; Yanchok, Mary

A.; Yankay, Joan; Yates, Billie J.; Yates, Maureen I.; Yochum, Barbara J.; Yocum, Gary L.; Yoder, Juanita B.; Yohey, Carolyn A.; Young, Chris E.; Young, Gwindelyon Diane; Young, Jewel; Young, Saundra K.; Young, Stacey M.; Young, Susan; Young, Whitney C.; Zapata, Ester; Zell, Mary; Zentz, Eugenia M.; Zimmerly, Kari; Zimmerman, Trenda; Zollinger, Darla F.; Zueger, Cyndi L.; Akis, Blanch M.; Armendarez, Hilda T.; Bailey, Shelia W.; Bowman, Phyllis A.; Bradford, Melanie; Bradshaw, Willadean D.; Brawner, Steven; Brown, Julie f/k/a Foehr, Julie; Cheney-Connet, Jill M.; Chrisman, Susan; Clark, Christine Lynn; Clark, Dixie L.; Cooper, Charlene F.; Cott, Marlin L.; Crowder, Lisa M.; Eaves, Betty L.; Flanagan, Katherine A.; Gonzalez, Yolanda V.; Gulley, Robert A.; Hamilton, Charlene; Hanson, Laurie M.; Hickman-Davis, Patricia A.; Hunt, Diana M.; Johnson, Vicki L.; Jordan, Lorraine E.; King, Pamela P.; Lewis, Mildred E.; Moore, Tina R.; Offutt, Glynda K.; Parker, Kim; Patton, Patricia A.; Paxton, Don M.; Peterson, Barbara J.; Phillips, Elizabeth H.; Pinoli, Violet; Ray, Sharon D.; Reynolds, Darlene; Seymour, Morgan o/b/o Seymour, William H.; Simmons Williams, Nannette W.; Skinner, Theresa J. f/k/a Ramage, Theresa J.; Snideman-Lemley, Sheri; Spinks, Dawn; Suchocki, Joyce L.; Tindall, Sharon L.; Wagoner, Debbie A.; Ward, Frances F.